# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF NEW YORK | Purchased/Filed: January 12, 2024<br>Index #  3:24-CV-00047-(TJM/ML) |

*HAPPY HOUR DRINKS COMPANY, INC.*     Plaintiff

against

*CAN MAN, LLC D/B/A BEST BEV CO., ET AL*     Defendant

---

STATE OF NEW YORK    SS.:
COUNTY OF ALBANY

_____JAMES PERONE_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 19, 2024___, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on _____BEST BEV, LLC_____, the Defendant in this action, by delivering to and leaving with _____Colleen Banahan_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __35-40__  Approx. Wt: __Over 200__  Approx. Ht: __5' 4" - 5' 8"__
Color of skin: __White__  Hair color: __Brown__  Sex: __Female__  Other: _____

Sworn to before me on this
__19th__ day of January 2024

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

JAMES PERONE
**Attny's File No.**
Invoice•Work Order # S1903451

***SERVICO, INC.. P.O. BOX 871. ALBANY. NY 12201***