AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __BEST BEV LLC__
was received by me on *(date)* __1/22/24__.

☐ I personally served the summons on the individual at *(place)* _____
 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __KELLY COMFORT, HR DIR__, who is designated by law to accept service of process on behalf of *(name of organization)* __BEST BEV__
 on *(date)* __1/23/24 11:08 AM__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __1/23/24__

_____
Server's signature

__JAMES CHEVY__
Printed name and title

__76 CARROLLTON AVE ELMIRA, NY 14905__
Server's address

Tammy L. Stein
Notary Public, State of New York
NO: 01ST6315975
Qualified in Chemung County
Commission Expires December 08, 2026

Additional information regarding attempted service, etc: