# COOK, KURTZ & MURPHY, P.C.

ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702
FAX: (845) 331-1003
e-mail: ekurtz@cookfirm.com
www.cookfirm.com

**ERIC M. KURTZ**
**THOMAS A. MURPHY**
**MICHAEL T. COOK**
_____

**JOHN C. BURNS**
**MATTHEW J. ALGINO**

**ANDREW J. COOK, SR. (1884-1958)**
**ANDREW J. COOK, JR. (1918-1997)**
**FRANCIS X. TUCKER (1923-1987)**
_____

**ROBERT D. COOK (Retired)**

May 3, 2024

Hon. Miroslav Lovric
Federal Building and US Courthouse
15 Henry Street
Binghamton, New York 13901

Re: **Happy Hour Drinks Company, Inc. vs. Can Man, LLC d/b/a Best Bev Co., et al.**
**Case No.: 3:24-cv-00047(TJM/ML)**
**Our File No.: 2024-116**

Dear Magistrate Judge Lovric:

Pursuant to your Order at the Rule 16 conference conducted on April 17, 2024, this is to advise that the members of the defendant, Can Man, LLC, are The Shawn P. Sheehan Revocable Trust and Ryan Uszenski. Both the Trust and Mr. Uszenski are residents of St. Thomas in the US Virgin Islands. The sole member of Best Bev, LLC. is EtOH Worldwide, LLC. which is also a St. Thomas, Virgin Island domiciled entity.

If you require anything further to address the diversity issue in this matter, please do not hesitate to contact me.

Very truly yours,

COOK, KURTZ & MURPHY, P.C.

ERIC M. KURTZ

EMK:tmr

cc: Joseph A. Churgin, Esq.
Savad Churgin