# SAVAD | CHURGIN
### ATTORNEYS AT LAW

Paul Savad (1941-2020)
Joseph A. Churgin

**Of Counsel**
Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820
Fax: (845) 624-3821

September 3, 2024

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District Of New York
15 Henry Street
Binghamton, NY 13901

    RE:   Happy Hour Drinks Company, Inc. v. Can Man, LLC et al.
            Case No. 3:24-cv-00047-TJM-ML

Your Honor:

We represent the Plaintiff in the above action.

Regarding the above matter, we have an in-person *oral argument* scheduled for tomorrow September 4, 2024, at 2 p.m. in Binghamton, New York. I also have an in-person settlement conference at 11 a.m. at Rockland County Supreme. Would it be possible to have the above appearance later in the day, any time from 3 p.m. on.

Mr. Kurtz has consented to our request.

We thank the Court for its attention to this matter.

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JAC/dk

cc:   Eric Kurtz, Esq.
       Happy Hour Drinks Company, Inc.