# SAVAD | CHURGIN
## ATTORNEYS AT LAW

Paul Savad (1941-2020)　　　　55 OLD TURNPIKE ROAD – SUITE 209
Joseph A. Churgin　　　　　　　(Rt. 59 & THRUWAY EXIT 14)
　　　　　　　　　　　　　　　NANUET, NEW YORK 10954
**Of Counsel**
Susan Cooper　　　　　　　　　(845) 624-3820
Donna Sobel　　　　　　　　　Fax: (845) 624-3821

October 2, 2024

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District Of New York
15 Henry Street
Binghamton, NY 13901

RE:　Happy Hour Drinks Company, Inc. v. Can Man, LLC et al.
　　　Case No. 3:24-cv-00047-TJM-ML

Your Honor:

We represent the plaintiff Happy Hour Drinks Company, Inc., in the above action.

Our office is closed due to the Religious Holiday on Thursday, October 3rd and Friday, October 4th.

We therefore respectfully request a very brief extension of the deadlines set forth in the text order (*copy annexed*), from Friday October 4th to Monday, October 7, 2024.

Eric Kurtz, Esq. consents to this request and asked us to inform the Court that he will be out of the country from October 16th through October 27, 2024.

Respectfully submitted,

JOSEPH A. CHURGIN
JAC/mc
cc:　Eric Kurtz, Esq.
　　　Happy Hour Drinks Company, Inc.

| | | |
|---|---|---|
| 09/25/2024 | 35 | TEXT ORDER: In light of Status Report 34 and the discovery disputes set forth therein: (1) the parties are directed to confer in good faith by 10/1/2024 and attempt to resolve all disputes as described in Status Report 34 ; (2) no later than 10/4/2024, the parties shall file either, (a) status report advising that they have resolved all disputes, or (b) motions to compel; (3) any responses to motions to compel shall be filed by 10/8/2024; (4) an on the record Hearing is scheduled for 10/10/2024 at 11:00 a.m., In Person, in Binghamton, New York; (5) In Person appearances at the Hearing are required; (6) At the 10/10/2024 Hearing, Defendants shall show cause why sanctions should not be imposed for Defendants having failed to comply with the Court Order placed on the record on 9/4/2024 and as issued in Text Order 30 ; and (7) The parties are advised that the deadlines and schedules as set forth in Text Order 30 will not be extended any further without good cause. SO ORDERED by U.S. Magistrate Judge Miroslav Lovric on 9/25/2024. (jdc ) (Entered: 09/25/2024) |