# COOK, KURTZ & MURPHY, P.C.
ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702

| | | |
|---|---|---|
| **ERIC M. KURTZ** | FAX: (845) 331-1003 | **ANDREW J. COOK, SR. (1884-1958)** |
| **THOMAS A. MURPHY** | e-mail: ekurtz@cookfirm.com | **ANDREW J. COOK, JR. (1918-1997)** |
| **MICHAEL T. COOK** | www.cookfirm.com | **FRANCIS X. TUCKER (1923-1987)** |
| _____ | | _____ |
| **JOHN C. BURNS** | | **ROBERT D. COOK (Retired)** |
| **MATTHEW J. ALGINO** | | |

December 2, 2024

Hon. Miroslav Lovric
Federal Building and US Courthouse
15 Henry Street
Binghamton, New York 13901

Re: **Happy Hour Drinks Company, Inc. vs. Can Man, LLC d/b/a Best Bev Co., and Best Bev LLC**
**Case No.: 3:24-cv-00047(TJM/ML)**
**Our File No.: 2024-116**

Dear Magistrate Judge Lovric:

I submit this letter as a letter request to remove document number 50 from the docket and replace it with the attached revised status report on behalf of the defendants. I inadvertently included specifics of the settlement negotiations which constitute confidential material.

Please accept my apologies concerning the same.

Very truly yours,

COOK, KURTZ & MURPHY, P.C.

*[signature]*

ERIC M. KURTZ

EMK:tmr

cc: Joseph A. Churgin, Esq.
    Savad Churgin

IT IS SO ORDERED:

_____
Miroslav Lovric
U.S. Magistrate Judge

Dated: __December 3, 2024__
       Binghamton, NY