# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

Happy Hour Drinks Company, Inc.,

                            Plaintiff(s),                Case No. 3:24-cv-00047

   -vs-
Can Man, LLC d/b/a Best Bev Co.,
Best Bev, LLC and John Does 1 through 10,

                           Defendant(s).

## REQUEST FOR TRANSCRIPT

TO: _____, Court Reporter / Transcriber.

Notice is hereby given that an official transcript[1] of a proceeding has been requested of the following proceeding(s) / portion(s) of the proceeding(s):

Date of proceeding: 01/21/2025 _____ Proceeding: Hearing _____

Date of proceeding: _____ Proceeding: _____

Date of proceeding: _____ Proceeding: _____

(Attach additional pages if necessary)

**Delivery time:**

  ◯ Ordinary Delivery (30 days after receipt of deposit)
  ◉ 14 Day Delivery (14 days after receipt of deposit)
  ◯ Expedited (7 days after receipt of deposit)[2]
  ◯ 3 Day (3 days after receipt of deposit)[2]
  ◯ Daily (Transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it is a court day)[2]
  ◯ Hourly (Transcript to be delivered within two (2) hours of filing of request)[2]
  ◯ Realtime (Unedited draft of transcript produced electronically during proceeding)

---

[1]     Upon the filing of the official transcript with the Clerk of Court in a civil or criminal proceeding by the court reporter, the parties will have five (5) business days to file a Notice of Intent to Request Redaction. For additional information on the Court's Policy concerning redaction of transcripts please visit the Court website at www.nynd.uscourts.gov.

[2]     CJA Counsel: Any requests for expedited or daily copy must be justified and preapproved by the presiding judge by filing a CJA-24 form in eVoucher and also on CM/ECF.

**Please note that if the Transcript request is for an appeal, the requestor must also file the appropriate transcript appeal forms that are available on the 2nd Circuit website at http://www.ca2.uscourts.gov.**

Signature: _E. M. _____

Attorney for Defendants Can Man, LLC, Best Bev, LLC

NDNY Bar Roll #: 2034494

Street Address: 85 Main Street

City: Kingston

State: NY

Zip Code: 12401

Email Address: ekurtz@cookfirm.com

Phone Number: 845-331-0702

2

## Certificate of Service

I hereby certified that on <u>01/22/2025</u>, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following:
<u>Joseph A. Churgin, Esq.</u>,

and that I mailed by United States Postal Service the document to the following **non** CM/ECF participants: _____.

s/ _E. m. Zf_____