# COOK, KURTZ & MURPHY, P.C.

ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702

**ERIC M. KURTZ**
**THOMAS A. MURPHY**
**MICHAEL T. COOK**
_____

**JOHN C. BURNS**

FAX: (845) 331-1003
e-mail: ekurtz@cookfirm.com
www.cookfirm.com

**ANDREW J. COOK, SR. (1884-1958)**
**ANDREW J. COOK, JR. (1918-1997)**
**FRANCIS X. TUCKER (1923-1987)**
_____

**ROBERT D. COOK (Retired)**

February 3, 2025

Hon. Miroslav Lovric
Federal Building and US Courthouse
15 Henry Street
Binghamton, New York 13901

Re:  **Happy Hour Drinks Company, Inc. vs. Can Man, LLC d/b/a Best Bev Co., and Best Bev LLC**
  **Case No.: 3:24-cv-00047(TJM/ML)**
  **Our File No.: 2024-116**

Dear Magistrate Judge Lovric:

I submit this letter pursuant to your request at the January 21, 2025 hearing concerning the declaratory judgment action. I have learned that a declaratory judgment action was filed by the Cincinnati Insurance Company in the United States District Court for the Eastern District of Pennsylvania on January 24, 2025 under case number 2:25-cv-00418. I do not believe it has been served on the defendants as of yet.

Should the Court require any additional information, please do not hesitate to contact me.

Very truly yours,

COOK, KURTZ & MURPHY, P.C.

ERIC M. KURTZ

EMK:tmr

cc:  Joseph A. Churgin, Esq.
  Savad Churgin