UNITED STATES DISTRICT COURT
NORTHERN DISTICT OF NEW YORK
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| HAPPY HOUR DRINKS COMPANY, INC., | 3:24-cv-00047 (TJM/ML) |
| PLAINTIFF, | |
| -against- | |
| CAN MAN, LLC d/b/a Best Bev Co., BEST BEV, LLC and JOHN DOES 1 through 100 | NOTICE OF APPEAL |
| DEFENDANTS. | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLEASE TAKE NOTICE** that upon the attached affidavit of Eric M. Kurtz, Esq., sworn to on the 3rd day of February, 2025, the attached transcript of the proceedings conducted on the 21st day of January, 2025, the Memorandum of Law and the pleadings and proceedings had herein, the undersigned shall move this Court, on a date to be decided by the Court, or as soon thereafter as counsel may be heard, in the Courtroom of the Hon. Thomas J. McAvoy for an order pursuant to Federal Rule of Civil Procedure 72.1(b), to vacate or amend the decision and order of Magistrate Judge Miroslav Lovric dated January 21, 2025 and set forth in Docket No. 64 together with such other and further relief as this Court may deem just and proper at a motion term of this Court in and before the Northern District of New York at the U.S. District Court, 15 Henry Street, Binghamton, New York 13901.

**PLEASE TAKE FURTHER NOTICE** that Defendants seek an order to stay compliance with the decision and order of Magistrate Judge Miroslav Lovric pending a determination of this appeal together with such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule of Civil

Procedure 72.1(b), any papers to be submitted in opposition to the within motion shall be filed with the Court and served on the moving party within fourteen (14) calendar days of service of this motion.

Dated: February 3, 2025

*Eric M. Kurtz* (signature)
Eric M. Kurtz, Esq.
Cook, Kurtz & Murphy, P.C.
Federal Bar Roll No.: 103869
Attorneys for Defendants
CAN MAN, LLC d/b/a Best Bev Co. and BEST BEV, LLC
85 Main Street, PO Box 3939
Kingston, New York 12402

To: Joseph A. Churgin, Esq.
    Savad Churgin, LLP
    55 Old Turnpike Road – Suite 209
    Nanuet, New York  10954