# SAVAD | CHURGIN
### ATTORNEYS AT LAW

| | |
|---|---|
| **Paul Savad (1941-2020)** | 55 OLD TURNPIKE ROAD – SUITE 209 |
| **Joseph A. Churgin** | (Rt. 59 & THRUWAY EXIT 14) |
| | **NANUET**, **NEW YORK 10954** |
| **Of Counsel** | |
| **Susan Cooper** | **(845) 624-3820** |
| **Donna Sobel** | Fax: (845) 624-3821 |

August 18, 2025

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District Of New York
15 Henry Street
Binghamton, NY 13901

RE:  Happy Hour Drinks Company, Inc. v. Can Man, LLC et al.
       Case No. 3:24-cv-00047-TJM-ML

Your Honor:

We represent the plaintiff Happy Hour Drinks Company, Inc., in the above action. This status report is submitted on behalf of the Plaintiff pursuant to the Court's direction. (ECF No. 82).

The Parties have made substantial progress in diligently completing discovery in this matter. To date, the following depositions have taken place: Matthew Novian of Happy Hour (12/11/24), Andrew Zimmerman formerly of Defendants (12/16/24, 2/4/25, 2/5/25), Anthony Ciocci formerly of Defendants (2/5/25), Matthew Morton of Happy Hour (2/12/25), Tyler Mondoc formerly of Defendants (3/26/25, 3/27/25).

Additionally, the Parties have noticed and met and conferred about the 30(b)(6) depositions for each of the two Defendants. The District Court has yet to rule on Defendants' appeal (ECF No. 67) and has stayed Defendant's compliance deadline until the motion is decided (ECF No. 75). Plaintiff's expert will require the financial documents at issue in that motion in order to complete the expert report, but can supplement the report as needed. Assuming they are compelled to be produced, these financial documents will also be pertinent to several of the topics in the 30(b)(6) depositions of the two Defendants. At this stage, however, Plaintiff is prepared to move forward with the 30(b)(6) depositions and resume them, if appropriate, at another time to further discuss any financial documents not yet available.

In parallel to the remaining discovery to be completed, the Parties and Cincinnati Insurance Company agreed to participate in another session of mediation with Terrence O'Connor on August 13, 2025. The Parties did not reach a settlement.

The current deadlines are:

- Plaintiff Expert Disclosure Deadline is 9/12/2025
- Defendants Expert Disclosure Deadline is 10/15/2025
- Rebuttal Expert Disclosure Deadline is 10/29/2025
- All Discovery, including all depositions, shall be completed by 11/26/2025
- Dispositive motions shall be filed by 12/23/2025.

Unless otherwise noted or requested, Plaintiff intends to proceed with the above schedule. We thank the Court for its attention to this matter.

Respectfully,

*Joseph Churgin*

JOSEPH A. CHURGIN
JAC/mc
cc:   Eric Kurtz, Esq.
      Happy Hour Drinks Company, Inc.