# COOK, KURTZ & MURPHY, P.C.
ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702
FAX: (845) 331-1003
e-mail: ekurtz@cookfirm.com
www.cookfirm.com

ERIC M. KURTZ
THOMAS A. MURPHY
MICHAEL T. COOK

ANDREW J. COOK, SR. (1884-1958)
ANDREW J. COOK, JR. (1918-1997)
FRANCIS X. TUCKER (1923-1987)

JOHN C. BURNS

ROBERT D. COOK (Retired)

August 19, 2025

Hon. Miroslav Lovric
Federal Building and US Courthouse
15 Henry Street
Binghamton, New York 13901

Re:   **Happy Hour Drinks Company, Inc. vs. Can Man, LLC d/b/a Best Bev Co., and Best Bev LLC**
      **Case No.: 3:24-cv-00047(TJM/ML)**
      **Our File No.: 2024-116**

Dear Magistrate Judge Lovric:

I submit this letter as a status report on behalf of the defendants. Pursuant to the Court's directive, the parties continue to proceed with discovery while awaiting a decision from the District Court on Defendants' appeal (Docket No. 67). Plaintiff has served Rule 30 (b)(6) notices on both defendants and the witnesses to appear have been identified, however, some of the topics disclosed in the notice involve the financial documents that have not been disclosed to date pursuant to the stay that was issued pending the appeal (docket No. 75). Despite the fact that we are still awaiting a decision, the parties have agreed to proceed with the Rule 30 (b)(6) depositions.

In the interim, as noted by plaintiff's counsel, the parties agreed to another session of mediation with attorney Terrence O'Connor in hopes of resolving this case. That mediation was conducted on August 13, 2025. While some progress was made, a settlement was not reached.

With respect to the companion declaratory judgment action in the Eastern District of Pennsylvania, it is my understanding that a Rule 16 conference was conducted and all discovery is to be completed by October 20, 2025.

Based upon the current deadlines for completion of discovery as noted by plaintiff's counsel, defendants intend on meeting the end date for disclosure of November 26, 2025 and providing its expert witness disclosure by October 15, 2025.

I thank the Court for its attention to this matter.

Very truly yours,

COOK, KURTZ & MURPHY, P.C.

*Eric M. Kurtz*

ERIC M. KURTZ

EMK:tmr

cc: Joseph A. Churgin, Esq.
    Savad Churgin