# SAVAD | CHURGIN
## ATTORNEYS AT LAW

Paul Savad (1941-2020)
Joseph A. Churgin

**Of Counsel**
Susan Cooper
Donna Sobel

55 OLD TURNPIKE ROAD – SUITE 209
(Rt. 59 & THRUWAY EXIT 14)
NANUET, NEW YORK 10954

(845) 624-3820
Fax: (845) 624-3821

December 5, 2025

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District Of New York
15 Henry Street
Binghamton, NY 13901

RE:   Happy Hour Drinks Company, Inc. v. Can Man, LLC et al.
      Case No. 3:24-cv-00047-TJM-ML

Your Honor:

I submit this letter as a joint request for a brief one-week modification of the Court's rebuttal expert disclosure deadline for good cause. After meeting and conferring with defense counsel, they have consented to the proposed extension.

Plaintiff's damages expert, Mr. Quintero, is currently engaged in trial and has two additional trials scheduled for next week. Due to these commitments, he requires an additional week to complete his rebuttal report. This extension will not impact any other deadlines in the case, and Defendants will suffer no prejudice from this short extension.

Accordingly, the parties jointly request that the Court modify only the rebuttal expert disclosure deadline as follows:

<u>Current Deadline</u>:
Rebuttal Expert Disclosure Deadline: December 9, 2025

<u>Requested Modified Deadline</u>:
Rebuttal Expert Disclosure Deadline: December 16, 2025

<u>All other deadlines set forth remain unchanged</u>:
Defendants' Expert Disclosure Deadline: November 21, 2025 (completed)
All Discovery, including all depositions: January 30, 2026
Dispositive Motions: February 27, 2026

Respectfully submitted,

*Joseph Churgin*

JOSEPH A. CHURGIN
JAC/dk
cc:   Eric Kurtz, Esq.
      Happy Hour Drinks Company, Inc.