# COOK, KURTZ & MURPHY, P.C.

ATTORNEYS & COUNSELORS AT LAW
85 MAIN STREET
P.O. BOX 3939
KINGSTON, N.Y. 12402
(845) 331-0702
FAX: (845) 331-1003
e-mail: ekurtz@cookfirm.com
www.cookfirm.com

ERIC M. KURTZ
THOMAS A. MURPHY
MICHAEL T. COOK
JOHN C. BURNS

ANDREW J. COOK, SR. (1884-1958)
ANDREW J. COOK, JR. (1918-1997)
FRANCIS X. TUCKER (1923-1987)

ROBERT D. COOK (Retired)

January 28, 2026

Hon. Miroslav Lovric
Federal Building and US Courthouse
15 Henry Street
Binghamton, New York 13901

Re:  **Happy Hour Drinks Company, Inc. vs. Can Man, LLC d/b/a Best Bev Co., and Best Bev LLC**
**Case No.: 3:24-cv-00047(TJM/ML)**
**Our File No.: 2024-116**

Dear Magistrate Judge Lovric:

I am in receipt of the Court's text order (Dkt No. 110) and respectfully request that I appear via video. This past weekend I took a fall on my property while dealing with the snowstorm and landed in the emergency room. If the Court is in need of proof of the same, I can forward the medical records for an in camera review (I did advise plaintiff's counsel of this incident over the past two days). I am currently taking prescription anti-inflammatories and am unsure if my back can withstand the three and one half hour drive each way. I returned to work yesterday for a couple of hours and only plan on being in work for a couple of hours today.

I thank the Court for its attention to this matter.

Very truly yours,

COOK, KURTZ & MURPHY, P.C.

ERIC M. KURTZ

EMK:tmr

cc:  Joseph A. Churgin, Esq.
     Savad Churgin