

1801 Century Park East, Suite 1201
Los Angeles, CA 90067
t / 310.553.1222  f / 310.553.0222
www.novianlaw.com

February 6, 2026

File No. 5336.06

**VIA PACER**

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District of New York
15 Henry Street
Binghamton, New York 13901

> Re:   Happy Hour Drinks Company, Inc. v. Can Man, LLC, et al.
>         Case No. 3:24-cv-00047

Your Honor:

As per the Court's February 2, 2026 text order (Dkt. No 114), please accept this letter as the parties' Joint Status Report.

The parties have agreed to the following schedule for the remaining depositions:

- Ryan Uszenski (Can Man, LLC corporate representative):  March 3, 2026.
- James Peterson (Best Bev, LLC corporate representative): March 6, 2026
- Shawn Sheehan:  March 9, 2026.
- John Pitts (Can Man, LLC and Best Bev, LLC corporate representative): March 10, 2026
- Casey Parzych:  March 16, 2026
- Robert Iezzi (Plaintiff's Expert): March 17, 2026
- Ron Quintero (Plaintiff's Expert): March 19, 2026

It should be noted that, because defendants have identified and designated three corporate witnesses in response to plaintiff's two FRCP 30(b)(6) deposition notices, there are actually seven (7) witnesses being deposed.

Respectfully submitted,

NOVIAN & NOVIAN LLP

By: /s/ Andrew B. Goodman
        Attorneys for Plaintiff

**novian & novian** LLP

Hon. Magistrate Judge Miroslav Lovric
February 6, 2026
Page 2

HINMAN, HOWARD & KATTELL, LLP

By:/s/ Paul T. Sheppard

Attorneys for Defendants

cc:     Joseph A. Churgin, Esq.

**novian & novian** LLP