

**HH&K**

Hinman, Howard & Kattell LLP

ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

PAUL T. SHEPPARD
Partner
psheppard@hhk.com
P: (607) 231-6729
F: (607) 723-6605
ALSO ADMITTED IN PA

March 18, 2026

**VIA PACER**

Hon. Miroslav Lovric
United States Magistrate Judge
U.S. District Court, Northern District of New York
15 Henry Street
Binghamton, New York 13901

   Re: Happy Hour Drinks Company, Inc., v. Can Man, LLC et al.
      NDNY Case No. 3:24-cv-00047-ECC-ML

Dear Judge Lovric:

   As you know, we represent the defendants, Can Man, LLC ("Can Man") and Best Bev, LLC ("Best Bev") in this matter. Per the Court's February 2, 2026 scheduling order, depositions of all remaining witness were to be completed by March 20, 2026. As of today, all such depositions have been completed or waived, with one exception: the deposition of Casey Parzych. Mr. Parzych was being produced by Best Bev pursuant to a deposition notice issued by plaintiff.

   Per the parties' February 6, 2026 joint status report, Mr. Parzych's deposition was originally scheduled to take place on March 16, 2026. At the request of plaintiff's counsel, it was subsequently rescheduled for Thursday, March 19, 2026.

   On Friday, March 13, 202, we had a lengthy meeting with Mr. Parzych in connection with his upcoming deposition and confirmed the details for the deposition with him.

   Earlier today, Mr. Parzych informed Best Bev that he would not be appearing for his deposition tomorrow. Best Bev explained to Mr. Parzych that he was required to appear, and that refusal would result in his separation from Best Bev. Mr. Parzych reiterated his refusal and, as a result, he was separated from Best Bev, effective immediately.

   At this time, defendants have no mechanism to compel Mr. Parzych to appear for his deposition as scheduled. We would not oppose a subpoena being served directly on Mr. Parzych by plaintiff and will cooperate with plaintiff's counsel to ensure the prompt completion of any such deposition.

We informed opposing counsel of this issue by telephone prior to the filing of this letter.

Respectfully yours,

HINMAN, HOWARD & KATTELL, LLP


By: */s/ Paul T. Sheppard*
    Paul T. Sheppard
    Attorneys for Defendants


PTS/adr

cc:  Andrew B. Goodman, Esq. (via email)
    Joseph A. Churgin, Esq. (via email)