# EXHIBIT "B"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

INDEX NO.
3:24-cv-0047

CAN MAN, LLC d/b/a BEST BEV CO.,
BEST BEV, LLC and JOHN DOES 1 through 10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

December 16, 2024
1:00 p.m.

EXAMINATION BEFORE TRIAL via Videoconference of ANDREW JOHN ZIMMERMAN, a NON-PARTY WITNESS in the above-entitled action, taken before FAYE SIMONOVITS, a Notary Public within and for the State of New York, pursuant to Subpoena.

ROCKLAND & ORANGE REPORTING

2 Congers Road, Suite 2

New City, New York 10956

(845) 634-4200

A P P E A R A N C E S:

SAVAD, CHURGIN, PC
Attorneys for Plaintiff
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

BY: JOSEPH A. CHURGIN, ESQ.
j.churgin@savadchurgin.com

NOVIAN & NOVIAN, LLP
Co-Counsel for Plaintiff
1801 Century Park East, Suite 1201
Los Angeles, California 90067
(310) 553-1222

BY: ANDREW B. GOODMAN, ESQ.
agoodman@novianlaw.com

COOK, KURTZ & MURPHY, P.C.
Attorneys for Defendants
85 Main Street, P.O. Box 3939
Kingston, New York 12402
(845) 331-0702

BY: EEIC M. KURTZ, ESQ.

Ekurtz@cookfirm.com

ALSO PRESENT: Matthew Novian

commencement of today's proceeding, the witness produced to the eNotary Public their New York State driver's license and their identity was verified.

A N D R E W J O H N Z I M M E R M A N, called as a witness, having been first duly sworn or affirmed by a Notary Public, was examined and testified as follows:

EXAMINATION VIA VIDEOCONFERENCE BY
MR. GOODMAN:

Q State your name for the record, please.
A Andrew John Zimmerman.
Q State your address for the record, please.
A 4744 Chestnut Hill Road, Central Valley, Pennsylvania 18034.
Q Good morning, Mr. Zimmerman, my name is Andrew Goodman. I represent the Plaintiff in this action, Happy Hour Drinks, LLC. Have you ever had your deposition taken before?
A No.
Q All right. So, I will go over some of the ground rules so you understand the process and feel free to let me knee if you have any questions, but do you understand that you are under oath today?

ZIMMERMAN

Q Of Shawn's?

A Yes.

Q Have you ever heard of XOEW, LLC?

A XOEW? If I did, I don't remember and I didn't know there were so many LLCs.

Q Have you ever heard of the name Ryan Uszenski, spelled as U-S-Z, as in zebra, E-N-S-K-I?

A Yes.

Q Who is Ryan Uszenski?

A I believe so. I would ask him if I needed something signed. I would send it to him and he would sign it as principal, I believe, or Can Man, LLC.

Q Would he sign as principal of Best Bev, LLC as well?

A I do not know. I don't think so. When I needed something signed at Can Man I would send it to Ryan. I cannot say if ever had to ask him to sign something when it was Best Bev, LLC or not.

Q Do you have any recollection of anyone you would ask to sign on behalf of Best Bev, LLC?

A I really don't remember. It was a shorter period of time. I mean, the factory was being built for a while before I started actively being involved

up there. I don't recall if I really ever sent something to be signed, I would think I did, but I don't know. We were still running in the Can Man location and working on getting the Best Bev Waverly location setup.

Q Let's talk about that a little bit. First, I would just like to ask and I apologize if I asked you this earlier, what is the difference between Best Bev and Can Man other than just the name?

A The location.

Q Anything else?

A To my knowledge, no, other than the business name, that's it. I mean, the company has performed similar services, I guess, I would say.

Q What services would you describe those as?

A Beverage co-packing.

Q Then there were different factories, one in Pennsylvania for Can Man and then another in New York, am I understanding that correctly?

A Correct.

Q Were there any other factories during your time at Can Man or Best Bev besides those two?

A The original location was in, original location I started was in Trumbauersville,

Pennsylvania.

Q Spell that, please.

A Oh, boy, can I look it up?

Q Sure.

MR. GOODMAN: I think we can all use the assist.

A T-R-U-M-B-A-U-E-R-S-V-I-L-L-E, I don't believe Can Man, LLC ever operated out of there, but as I said earlier when I was hired it was Theobold & Oppenheimer and that was at that location.

Q Got it. What's the difference between the facilities of the one for Theobold and Oppenheimer, and the one at Can Man? I will start with that.

A There wasn't enough space at the one in Theobold & Oppenheimer as we were growing my first summer there. We had to lease additional space to store product and then we were actively searching for a building that we could visibly operate canning and warehousing out of. So, we didn't have to separate and move product. So, the facility in Pennsburg which was about 100,000 square feet filled those needs for a period of time.

Q What's the difference between the facility that Can Man operated and then the facility that Best

ZIMMERMAN

Bev operated?

A The Best Bev facility was larger scaled equipment for higher speed packaging.

Q When did the transition occur between the Can Man facility and the Best Bev facility?

A Starting Spring of '23 transition being that facility in New York started to open.

Q And then how often did you go to that facility in New York from Spring 2023 until the end of your time at Best Bev in September of 2023?

A Early on in spring I was probably primarily in Pennsburg and in the summer I spent more time in New York. I wouldn't say every week, but maybe every other.

Q Was it frantic and chaotic during those months given the transition?

MR. KURTZ: I object to form but, go ahead.

A We were busy. I would say we were busy for sure.

Q Then could you talk about just what kind of scaled equipment was there at the Best Bev facility that was different from the Can Man facility?

A When you say, what kind, do you mean equipment could run producing cans at a higher rate

of speed for package though?

Q Was it a different type of equipment than the equipment at the Can Man facility?

A When you say, different type, do you mean the processes they were performing or the brand names manufacturers of the equipment?

Q I will start with brand name. I am trying to understand if it was a completely different piece of equipment versus different programming, for example, for the packaging to go faster.

A It was different equipment, different larger scale equipment to be able to handle more.

Q Got it. So, you left Best Bev in September 2023. Do you know who replaced you in your position there?

A No.

Q And why did you leave Best Bev, LLC?

A Geographic really, I couldn't spend a full workweek away from home and I really couldn't be a productive team member from home. It didn't work from home and I couldn't leave home.

Q Who did you report to while you were at Can Man?

A Casey Parzych.

ZIMMERMAN

C E R T I F I C A T E

STATE OF NEW YORK )
: SS:
COUNTY OF ROCKLAND )

I, FAYE SIMONOVITS, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

THAT the witness whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related, either by blood or marriage, to any of the parties to this action; and

THAT I am in no way interested in the outcome of this matter.

FAYE SIMONOVITS