# EXHIBIT "D"

Ryan Uszenski

Q. So, all right, from the beginning of your time at Can Man until the present how much time per week or per month did you spend on Can Man's business?

A. Say 30 hours a week.

Q. Were you running a full-time financial advisory practice from St. Thomas during the same period?

A. Yes.

Q. How did you divide your time between your advisory practice and Can Man business?

A. To make sure everything gets done, work weekends if you have to, have a team, be efficient with your time.

Q. Who was managing the day-to-day operations at the Pennsburg, Pennsylvania facility?

A. I'm sorry, you have to clarify the time again.

Q. All right, let me -- starting at the beginning of your time at Can Man, LLC who was managing the day-to-day operations of the Pennsburg, Pennsylvania facility?

A. Ultimately I was the member and we had a team.

Ryan Uszenski

Q. Who was on the team?

A. The initial during that time was Kelly Festa, Angus Rittenburg, John Pitts. I don't -- I know Andrew Zimmerman was on it. I think that's the core team that ran the day-to-day.

Q. And then you mentioned there was a different time period where there were perhaps others. What time period were there different team members running the operations of Can Man?

MR. SHEPPARD: I object to the form.

But you can go ahead and answer, Ryan.

A. We -- that's the core group. That's the core group that kind of stayed until I believe Andy Zimmerman at some point left. But, again, we ceased operations at the end of 2023 so I wasn't sure if you were talking about then, or now, or the time after.

Q. No. To clarify, during the time where operations were active --

A. It was the core group.

Q. Okay. Who is managing the day-to-day operations at the Waverly, New York facility?

A. Can Man didn't have a location in Waverly.