# EXHIBIT "B"

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 13, 2022 05:27 PM
BID: DC0119618

Articles of Organization

# BEST BEV, LLC (DC0119618)

## General Details

| | |
|---|---|
| **Handling Option** | 24 Hour Priority Handling |
| **Delayed Effective Date** | |
| **Type of Limited Liability Company** | Limited Liability Company |

## Proposed Company Name

| | |
|---|---|
| **Select a Reserved Name** | No |

BEST BEV, LLC

## Business Mailing Addresses

| | |
|---|---|
| **Principal Office or Place of Business** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Business Details

| | |
|---|---|
| **Term** | Perpetual |
| **Nature of Business/Purpose** | Other, Other |
| **Additional Purpose Details:** | Production Services |
| **Amount of Capital** | 1,000.00 |
| **Managed By** | Manager Managed |
| **Members Liability** | Members are not liable |

# Resident Agent in USVI

| | |
|---|---|
| **Resident Agent Type** | Registered Business Entity |
| **Entity Name** | HIBISCUS BUSINESS SERVICES, LLC |
| **Business Identifier** | DC0104390 |
| **Physical Address** | 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00804, United States |
| Resident Agent Consent Form | Best Bev - Consent of Agent for Service of Process (Executed).pdf06/13/2022 5:27 PM |

# Organizers

Individual

| | |
|---|---|
| **Name** | Marjorie Rawls ROBERTS Esq |
| **Status** | Active |
| **Physical Address** | 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00802, United States |

# Managers/Members

Registered Business Entity

| | |
|---|---|
| **Entity Name** | ETOH WORLDWIDE, LLC |
| **Business Identifier** | DC0107501 |
| **Status** | Active |
| **Physical Address** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Member |

Individual

| | |
|---|---|
| **Name** | Ryan USZENSKI |
| **Status** | Active |
| **Physical Address** | 8-40 Estate Nazareth, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Manager |

# Signature(s)

| | |
|---|---|
| **Name** | Marjorie Rawls ROBERTS Esq |
| **Position** | Organizer |
| **Date** | 06/13/2022 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL** | Yes |

**STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.**