# EXHIBIT “C”

The other reason that it makes sense to own a beverage production house at scale is that the brand Wynk that you had asked about earlier, the THC seltzer, it's always nice to have a beverage production facility for your own brand.

Q. Were there any other factors that went into your decision to form Best Bev?

A. Not that I remember sitting here today.

Q. Were you the primary person who decided to form Best Bev?

A. Yes.

Q. What was the purpose of forming Best Bev while Can Man was still operating?

MR. SHEPPARD: Object to the form.

A. I created Best Bev independently of whatever was happening at Can Man. They're separate entities in separate states, separate capabilities.

Q. And that wasn't exactly my question.

My question was, what was the purpose of forming Best Bev while Can Man was still operating?

MR. SHEPPARD: The same objection.

A. My purpose for forming and creating

Shawn P. Sheehan

Best Bev was independent of any other data.

Q. Why did you decide to form Best Bev while Can Man was still operating?

MR. SHEPPARD: Object to the form.

A. I decided to form Best Bev because it made sense as it was aligned with my other business interests as Wynk was expanding.

Q. And was it the case that Can Man couldn't support the operations of your other businesses such as Wynk because it just didn't have the capacity?

MR. SHEPPARD: Object to the form.

A. I'm sorry, Andrew, could you repeat that?

Q. Sure.

Was it the case that Can Man wasn't aligned with your other business interests such as Wynk because it didn't have the capacity?

MR. SHEPPARD: Same objection.

A. The reason that I created Best Bev was completely independent of anything that Can Man had going.

Q. Was Best Bev intended to replace Can Man?

MR. SHEPPARD: Object to the form.
A. There's no replacement, they're separate entities, they're separate businesses, Andrew.
Q. Did Wynk have any connection to Can Man?
A. Not that I can recall.
Q. Did any of your other entities have any connection with Can Man?
A. Not that I'm aware of.
Q. At the time Best Bev was formed, Can Man was experiencing widespread leaking can issues across nearly its entire customer base.
Was Best Bev formed in response to those issues?
MR. SHEPPARD: Objection to the form.
A. Best Bev was formed for the reasons I've told you. I'm not aware of the other issue that you just brought up about leaky cans.
Q. At the time Best Bev was formed, were you aware of Happy Hour's complaints about leaking cans?
A. At the time that Best Bev was formed, I don't know who Happy Hour was.