**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAPPY HOUR DRINKS COMPANY, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>CAN MAN, LLC d/b/a Best Bev Co.;<br>BEST BEV, LLC and<br>JOHN DOES 1 through 100,<br><br>Defendants. | Case No. 3:24-cv-00047 (ECC/ML) |

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, I electronically filed Defendant's Opposition to Plaintiff's Motion for Leave to Amend and Join Parties, consisting of: the affidavit of Paul T. Sheppard, Esq., sworn to on April 24, 2026; the sworn declarations of Ryan Uszenski, dated April 23, 2026, Shawn Sheehan, dated April 24, 2026, and Eric Mendelsohn, CPA, dated April 23., 2026; and Defendants' Memorandum of Law in Opposition, with the Clerk of the District Court using the CMF/ECF system, which sent notification of such filing to the following:

Joseph A. Churgin, Esq. j.churgin@savadchurgin.com

Andrew Blane Goodman, Esq. agoodman@novianlaw.com

And, I hereby certify that I have mailed by the United States Postal Service the documents to the following non-CMF/ECF Participants:

None.

*s/ Paul T. Sheppard*
Paul T. Sheppard
NDNY Bar Roll No. 102596