

# HH&K
## Hinman, Howard & Kattell LLP
### ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY  13902-5250 | www.hhk.com

PAUL T. SHEPPARD
Partner
psheppard@hhk.com
P: (607) 231-6729
F: (607) 723-6605
ALSO ADMITTED IN PA

April 30, 2026

**VIA PACER**
Hon. Miroslav Lovric
United States Magistrate Judge
U.S. District Court, Northern District of New York
15 Henry Street
Binghamton, New York 13901

Re:    Happy Hour Drinks Company, Inc., v. Can Man, LLC et al.
        NDNY Case No. 3:24-cv-00047-ECC-ML

Dear Judge Lovric:

As the Court is aware, the dispositive motion deadline in the above-referenced action is Friday, May 1, 2026. We intend to file a motion for partial summary judgment in compliance with that schedule.

Under the Court's scheduling order, the dispositive motion deadline also applies to motions to preclude expert testimony. In connection with our summary judgment motion, we were planning to include a request to preclude the testimony of plaintiff's damages expert.

While it is not totally clear, it has occurred to us that a motion to preclude might be considered a non-dispositive motion to which the requirements of Local Rule 7.1(a)(2) may apply. As such, in the exercise of caution, we have scheduled a conference with plaintiff's counselor to discuss the motion to exclude. In the event that discussion does not resolve the issue, we would then need a conference with the Court.

We realize that we are not providing the Court with much notice and do apologize. We are not asking and will not ask for any extension of the motion deadline. We just want to ensure that our timely motion is not even potentially subject to denial on a technicality.

At this time, we would ask if the Court has availability for a remote conference on Friday, May 1, 2026. Thank you.

Respectfully yours,

HINMAN, HOWARD & KATTELL, LLP

By:  */s/ Paul T. Sheppard*
       Paul T. Sheppard
       Attorneys for Defendants

BINGHAMTON, NY     ALBANY, NY       ELMIRA, NY       ENDICOTT, NY      NEW YORK, NY      ONEONTA, NY      OWEGO, NY
SYRACUSE, NY     WHITE PLAINS, NY      SADDLE BROOK, NJ      SCRANTON, PA      TUNKHANNOCK, PA      BOYNTON BEACH, FL

cc:  Andrew B. Goodman, Esq.
     Joseph A. Churgin, Esq.