

**HH&K**

Hinman, Howard & Kattell LLP

ATTORNEYS

80 Exchange Street | P.O. Box 5250 | Binghamton NY 13902-5250 | www.hhk.com

PAUL T. SHEPPARD
Partner
psheppard@hhk.com
P: (607) 231-6729
F: (607) 723-6605
ALSO ADMITTED IN PA

April 30, 2026

**VIA PACER**
Hon. Miroslav Lovric
United States Magistrate Judge
U.S. District Court, Northern District of New York
15 Henry Street
Binghamton, New York 13901

      Re:    Happy Hour Drinks Company, Inc., v. Can Man, LLC et al.
              NDNY Case No. 3:24-cv-00047-ECC-ML

Dear Judge Lovric:

As a follow up to my letter from earlier today, pursuant to Local Rule 7.1(a)(2), opposing counsel (Andrew Goodman, Esq.) and I conferred regarding the proposed motion to exclude expert testimony at noon today. We made a good faith effort to resolve or reduce all differences relating to the proposed motion and were unable to arrive at a mutually satisfactory resolution.

As such, we are requesting a brief, remote conference with the Court pursuant to Local Rule 7.1(a)(2) in advance of filing the motion. Given the pending motion deadline, we would need that remote conference to occur either today or tomorrow. Opposing counsel indicates that it will make itself available for such a conference.

Of course, if the Court concludes that such a conference is not a necessary prerequisite to the proposed motion (i.e., because it is not a non-dispositive motion) or that under the circumstances such a conference can be dispensed with, we will proceed accordingly.

Again, we are not asking for any extension of the motion deadline and apologize in advance for the short notice to the Court.

Thank you.

Respectfully yours,

HINMAN, HOWARD & KATTELL, LLP

By: */s/ Paul T. Sheppard*
    Paul T. Sheppard
    Attorneys for Defendants

cc:  Andrew B. Goodman, Esq.
     Joseph A. Churgin, Esq.

BINGHAMTON, NY    ALBANY, NY    ELMIRA, NY    ENDICOTT, NY    NEW YORK, NY    ONEONTA, NY    OWEGO, NY
SYRACUSE, NY    WHITE PLAINS, NY    SADDLE BROOK, NJ    SCRANTON, PA    TUNKHANNOCK, PA    BOYNTON BEACH, FL