UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HAPPY HOUR DRINKS COMPANY, INC.,

     Plaintiff,

  v.

CAN MAN, LLC, d/b/a Best Bev Co.,
BEST BEV LLC and
JOHN DOES 1 through 100,

     Defendants.

Civil Action No.:
3:24-cv-00047 (ECC/ML)

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2026, I electronically filed the following documents: Notice of Motion to Preclude Expert Testimony, dated May 1, 2026; Declaration of Philip Green, dated April 30, 2026, with exhibits (redacted); and Memorandum of Law in Support (redacted) with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Joseph A. Churgin | j.churgin@savadchurgin.com |
| Andrew B. Goodman | agoodman@novianlaw.com |
| Alexander D. Racketa | aracketa@hhk.com |

In addition, I hereby certify that I have mailed by the United States Postal Service the documents to the following non-CM/ECF Participants: None.

1

In addition, I hereby certify that I have e-mailed unredacted copies of the

foregoing documents to the following:

Joseph A. Churgin        j.churgin@savadchurgin.com
Andrew B. Goodman        agoodman@novianlaw.com


*s/ Paul T. Sheppard*
Paul T. Sheppard
NDNY Bar Roll No. 102596

2



80 Exchange Street | P.O. Box 5250 | Binghamton NY  13902-5250 | www.hhk.com

PAUL T. SHEPPARD
Partner
psheppard@hhk.com
P: (607) 231-6729
F: (607) 723-6605
ALSO ADMITTED IN PA

May 4, 2026

**VIA:  CM/ECF Only**
United States District Court
Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY 13261

      Re:    Happy Hour Drinks Company, Inc. v. Can Man, LLC d/b/a Best Bev Co., et al.
              Case No.:  3:24-cv-00047

Dear Clerk:

I represent the Defendants Can Man, LLC and Best Bev LLC in the above-referenced action.

On Friday, May 1, 2026, we filed a Motion in Limine to Preclude Expert Testimony at Docket No. 132.  Within that filing, an incorrect Certificate of Service was filed.  (Docket No. 132-5)  We would like to correct the record with the foregoing Amended Certificate of Service.

The Amended COS more accurately reflects that our redacted motion papers were served via the CM/ECF system, whereas the unredacted motion papers were sent to opposing counsel via email.

Thank you for your assistance.

              Very truly yours,

              HINMAN, HOWARD & KATTELL, LLP

              By:  */s/ Paul T. Sheppard*
                 Paul T. Sheppard
                 NDNY Bar Roll No. 102596

PTS/bc

Cc:    Joseph A. Churgin, Esq.
       Andrew B. Goodman, Esq.
       Alexander D. Racketa, Esq.
           (all via CM/ECF)

BINGHAMTON, NY    ALBANY, NY    ELMIRA, NY    ENDICOTT, NY    NEW YORK, NY    ONEONTA, NY    OWEGO, NY    SYRACUSE, NY
WHITE PLAINS, NY    SADDLE BROOK, NJ    MONTROSE, PA    SCRANTON, PA    TUNKHANNOCK, PA    BOYNTON BEACH, FL