

1801 Century Park East, Suite 1201
Los Angeles, CA 90067
t / 310.553.1222  f / 310.553.0222
www.novianlaw.com

May 20, 2026

File No. 5336.06

**VIA PACER**

Hon. Magistrate Judge Miroslav Lovric
U.S. District Court Northern District of New York
15 Henry Street
Binghamton, New York 13901

      Re:    Happy Hour Drinks Company, Inc. v. Can Man, LLC, et al.
             Case No. 3:24-cv-00047

Your Honor:

On May 1, 2026, plaintiff Happy Hour Drinks Company, Inc. filed a Motion for Leave to File Reply Papers in support of Motion for Leave to File First Amended Complaint. Dkt. No. 134. Plaintiff attached the proposed 10-page reply brief as Exhibit A thereto (Dkt. No. 134 at pp. 5-16), which also included a supporting Supplemental Affidavit and Exhibits A-E to the supporting Supplemental Affidavit (Dkt. No. 134 at pp. 17-56).

On May 18, 2026, Defendants filed an Opposition to Plaintiff's Motion for Leave to File Reply Papers in support of Motion for Leave to File First Amended Complaint. Dkt. No. 136. Defendants filed a supporting Affidavit as well. Dkt. No. 136-1. The gravamen of Defendants' argument is that Plaintiff should have met and conferred with Defendants' counsel before requesting leave to file the reply, and did not do so.

Plaintiff does not agree that a ministerial request to file a reply triggers the meet-and-confer and court-conference requirements applicable to contested non-dispositive motions. Local Rule 7.1(a)(2) provides, in relevant part, that reply papers "are not permitted without the Court's prior permission." The Rule does not require a motion, notice of motion, memorandum of law, or a pre-filing conference to obtain that permission.

Notwithstanding Plaintiff's disagreement that a meet and confer process and court conference are necessary in connection with requesting permission to file a reply, I had a meet and confer conference with Defendants' counsel, Mr. Paul Sheppard, on May 20, 2026 at 1:30 p.m. EST. Mr. Sheppard had no objection to Plaintiff writing the Court and asking if a court conference was necessary in connection with a request to file a reply to Defendants' Opposition (Dkt. No. 136).

If the Court believes that a court conference is necessary for Plaintiff to file a request to reply to Dkt. No. 136, please let us know and we will make ourselves available. If not, Plaintiff

**novian & novian LLP**

Hon. Magistrate Judge Miroslav Lovric
May 20, 2026
Page 2

stands ready to file its request for leave to file a reply to Dkt. No. 136, along with the proposed reply itself, by May 26, 2026 (or possibly sooner if no conference of counsel is necessary on this procedural issue).

We thank the Court for its attention to this matter.

Respectfully submitted,

NOVIAN & NOVIAN LLP

By:/s/ Andrew B. Goodman
Attorneys for Plaintiff

cc:    Joseph A. Churgin, Esq.
Paul T. Sheppard, Esq.