# EXHIBIT "A"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

INDEX NO. 3:24-cv-0047

CAN MAN, LLC d/b/a BEST BEV CO.,
BEST BEV, LLC and JOHN DOES 1 through 10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

December 16, 2024
1:00 p.m.

EXAMINATION BEFORE TRIAL via Videoconference of ANDREW JOHN ZIMMERMAN, a NON-PARTY WITNESS in the above-entitled action, taken before FAYE SIMONOVITS, a Notary Public within and for the State of New York, pursuant to Subpoena.

ROCKLAND & ORANGE REPORTING

2 Congers Road, Suite 2

New City, New York 10956

(845) 634-4200

A P P E A R A N C E S:

SAVAD, CHURGIN, PC
Attorneys for Plaintiff
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

BY: JOSEPH A. CHURGIN, ESQ.
j.churgin@savadchurgin.com

NOVIAN & NOVIAN, LLP
Co-Counsel for Plaintiff
1801 Century Park East, Suite 1201
Los Angeles, California 90067
(310) 553-1222

BY: ANDREW B. GOODMAN, ESQ.
agoodman@novianlaw.com

COOK, KURTZ & MURPHY, P.C.
Attorneys for Defendants
85 Main Street, P.O. Box 3939
Kingston, New York 12402
(845) 331-0702

BY: EEIC M. KURTZ, ESQ.

Ekurtz@cookfirm.com

ALSO PRESENT: Matthew Novian

ZIMMERMAN

Q You mentioned Ardaugh. Can you spell that, please?

A Oh, A-R-D-A-U-G-H, I think.

Q And what is your understanding of what Ardaugh is?

A A can manufacturer.

Q And to your knowledge how long did Can Man and Best Bev work with Ardaugh?

MR. KURTZ: Note my objection as to form. Go ahead.

THE WITNESS: I can answer it?

MR. KURTZ: Oh, yeah, I can't stop you.

A We never worked really directly with any of the can suppliers. At least until with Best Bev, Best Bev had secured a partnership with Crown and with the goal providing the cans to the customers to be able to have more ability to control or communicate with the can manufacturer regarding the product that was going in the can and also supply cans, another revenue stream, sell cans to customers, prior to that I believe that was in early 2023 maybe, that that kind of opened up. Prior to that, you know, as the co-packer with very little communication with any of the can manufacturers the cans were

sourced by the customers would work with the can manufacturer on what the specks were and provide them to us. So, to answer your question, we didn't really have a relationship with the manufacturer themselves.

Q Do you know if other customers used Ardaugh?

A I believe one customer -- I know one customer was using Ardaugh, one other customer.

Q Which customer was that?

A Que' Onda, Q-U-E, O-N-D-A, Beverage. I don't know if they were always using Ardaugh, but I believe to my knowledge they did at one point secure a large a number of cans from Ardaugh.

Q Do you know what time frame that was?

A I do not. They could have been using it before 2022. I would feel confident sometime in 2022 they were using Ardaugh exclusively.

Q What certifications did Can Man and Best Bev maintain?

A GMP certification, good manufacturing practices, Best Bev had SQF, safe quality food certification, kosher, there was a customer that required, what is that called, non GMO, I am sorry.

Q Any others?

ZIMMERMAN

C E R T I F I C A T E

STATE OF NEW YORK )

: SS:

COUNTY OF ROCKLAND )

I, FAYE SIMONOVITS, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

THAT the witness whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related, either by blood or marriage, to any of the parties to this action; and

THAT I am in no way interested in the outcome of this matter.

FAYE SIMONOVITS