# EXHIBIT "C"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

INDEX NO. 3:24-cv-0047

CAN MAN, LLC d/b/a BEST BEV CO., BEST BEV, LLC and JOHN DOES 1 through 10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

February 5, 2025
4:50 p.m.

CONTINUED EXAMINATION BEFORE TRIAL via Videoconference of ANDREW JOHN ZIMMERMAN, a NON-PARTY WITNESS in the above-entitled action, taken before FAYE SIMONOVITS, a Notary Public within and for the State of New York, pursuant to Subpoena.

ROCKLAND & ORANGE REPORTING

2 Congers Road, Suite 2

New City, New York 10956

(845) 634-4200

A P P E A R A N C E S:

SAVAD, CHURGIN, PC
Attorneys for Plaintiff
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

BY: JOSEPH A. CHURGIN, ESQ.
j.churgin@savadchurgin.com

NOVIAN & NOVIAN, LLP
Co-Counsel for Plaintiff
1801 Century Park East, Suite 1201
Los Angeles, California 90067
(310) 553-1222

BY: ANDREW B. GOODMAN, ESQ.
agoodman@novianlaw.com

COOK, KURTZ & MURPHY, P.C.
Attorneys for Defendants
85 Main Street, P.O. Box 3939
Kingston, New York 12402
(845) 331-0702

BY: ERIC CURTZ, ESQ.
ekurtz@cookfirm.com

ALSO PRESENT: Matthew Novian

ZIMMERMAN

Q Did you ever discuss with him that the problem could be formula driven?

A Yes, I believe we had talked about shared responsibility and not understanding if it was formula related or spec related, among other things.

Q Well, let me ask you this. During your time in the beverage business was it unusual to see leaking cans to any degree?

A I would say you could have risks of leaking cans with equipment malfunctioning and damaging the can. Typically, you can see that. Seeing a pinhole like bubble, liquid bubbling from a small pinhole in the sidewall, I believe I only had seen it with the Happy Hour product.

Q Are there other means by which damage to cans can occur during the process of going from manufacturer to the grocery store and the local liquor store?

A Yes.

Q Can it occur as a result of pallets being dropped by a forklift?

A Yes.

Q Can it occur from loading of trucks?

A Yes. I have seen damage occur during

loading.

Q And when that damage occurs can that also cause cascading damage down the road?

A Yes.

Q Okay. So, I just want to go through, you had mentioned in the first day of your testimony the process that occurs for a customer coming to Can Man seeking to have liquid in a can and then filled and distributed. So, as I understand it, and correct me if I am wrong, some customers would supply their own cans and sometimes Can Man would provide the can, is that accurate?

A Yes.

Q And is it accurate that once the cans are procured they have a certain shelf life or warranty life?

A It is my understanding, yes.

Q And did that depend upon the different can manufacturers?

A Yes, I believe so.

Q And did different can manufacturers line their cans by different means?

A Yes, there were different types of liners that were used for beverage cans.

ZIMMERMAN

Q You didn't line them yourself, is that correct?

A No.

Q And with regards to the lining of cans were there certain specifications that you would be seeking as a co-packer for those liners?

A Generally speaking, yes.

Q Okay. I know there has been some discussion about dissolved oxygen levels and I know you testified earlier that there was a wide range, you know, from industry standards from 1,200 to 2,000, but I know that there is also some that were lower. In fact, I don't know if it was you or Anthony Ciocci mentioned one particular can manufacturer was as low as 300 for dissolved oxygen, is that correct?

A Correct.

Q Typically, with your customers would you be seeking those dissolved oxygen can specifications prior to running product?

A Yes.

Q If a customer didn't have that information or could not get it from the can manufacturer what did Can Man do with respect to determining what the

ZIMMERMAN

acceptable dissolved oxygen levels were?

A We would use a baseline number for the results for the specifications.

Q In this particular case with Happy Hour during your investigation to try and find a root cause for the issues did you make a request to Happy Hour for the can specification?

A Yes, I believe so. I don't recall if it would have been myself or Anthony Ciocci, but I believe requests were made for that information.

Q Did it take some time before you ultimately got some information, if you did get it at all?

A Yes, I would say it took some time.

Q Now, as a result of some discussion about copper levels in tequila and that there was some investigation done with respect to the copper with regards to the Happy Hour products, is that accurate?

A Yes.

Q And I believe you had testified previously about Eurofins?

A Yes.

Q Now, going to the e-mail that I sent you today, and that's the exhibits.

A I have them.

regards to the Happy Hour product?

A I would say infrequently, if any.

Q Now, there was another issue that had come up that another customer of yours or of Can Man, I believe, it was Sip Margs?

A Yes.

Q And you testified about the drop packer causing denting in the bottom of the can?

A I don't know if that was Sip Margs, but in a previous exhibit there was a reference to Onda.

Q Onda, I am sorry?

A And representing drop packer damage.

Q And I refer to this because in your previous testimony there was discussion about an October 13, 2022 e-mail that you sent about "Leakers sinking the ship." And in that e-mail you have a reference to Happy Hour, but there you talked about not seeing issues, not damage can issues, but pinhole leaks in the side of the can. Was Happy Hour's leaking issue unique and separate from the other issues that you were seeing in the manufacturing process?

A I would say generally speaking, yes, and in the fact that we really weren't seeing a pinhole leak

in any other product.

Q Now, going back to that canning process, the liquid is placed in the can, carbonated. It's then a seamer places the top on the can and you mentioned after that the can is rinsed. Why is the can rinsed after it's filled?

A To remove any of the beverage that may have splashed onto the can during that process.

Q Would it be fair to say, and I am not an expert on cans, does the outside of the can have the same liner on it as the inside of the can?

A I do not know if they -- I do not believe they would have the same liner. They may have a different protective coating, but I really can't say I am an expert on that.

Q Is spillage, did that occur? I am assuming these cans are run on a beltline. I have been to facilities and watched this process and it seems to me that it does spill over or splash.

A Yes.

Q It's run on an assembly line or a belt, correct?

A Correct.

Q Why is the can warmed?

want it to be over-carbonated.

Q Now, Anthony Ciocci also testified earlier today that some customers requested copies of these test results and some did not and he would provide a share drive, I believe he said, of the test results to those customers?

A Yes.

Q Do you know if Happy Hour had ever requested copies of test results?

A Not to my knowledge.

Q If they had requested them would they have been provided?

A Yes.

Q Now, you also listed in there that you have to check titration, color and appearance. What's that for?

A Color and appearance, a lot of customers had a spec for how their beverages should look once it's poured out of the can. So, there were parameters provided by the customer for that. Titration, I really don't remember what that was a measure of it may have been, I think, bricks with sugar. I am not sure about titration to be honest any more. I haven't worked in beverages in a while.

ZIMMERMAN

Q How about checking for dissolved oxygen, what was the purpose for that?

A Dissolved oxygen, two purposes, one provided by a customer and that range was their acceptable range, in part because their can warranty terms dictated it. Other customers also wanted to be on the lower end to preserve flavor, if there are a lot of natural ingredients.

Q Getting back to the can specifications, I think it was Ardagh that Happy Hour was utilizing for cans. Did Matthew Novian ever complain to you about having difficulty in getting those specs from Ardagh back in February of 2023?

A I can't say I confidently recall. I believe there was some conversation about trying to get them.

Q Now, continuing on, you mentioned in your previous testimony about seeking the seam visually. What's the purpose of doing that during a production process?

A Could you expound on visually?

Q On a production line it's to look at the seam, what was someone on the production line looking for in the seaming process?

ZIMMERMAN

C E R T I F I C A T E

STATE OF NEW YORK )
: SS:
COUNTY OF ROCKLAND )

I, FAYE SIMONOVITS, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

THAT the witness whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related, either by blood or marriage, to any of the parties to this action; and

THAT I am in no way interested in the outcome of this matter.

FAYE SIMONOVITS