# EXHIBIT “D”

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

INDEX NO. 3:24-cv-0047

CAN MAN, LLC d/b/a BEST BEV CO., BEST BEV, LLC and JOHN DOES 1 through 10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

February 5, 2025
1:05 p.m.

EXAMINATION BEFORE TRIAL via Videoconference of ANTHONY CIOCCI, a NON-PARTY WITNESS in the above-entitled action, taken before FAYE SIMONOVITS, a Notary Public within and for the State of New York, pursuant to Subpoena.

ROCKLAND & ORANGE REPORTING

2 Congers Road, Suite 2

New City, New York 10956

(845) 634-4200

A P P E A R A N C E S:

SAVAD, CHURGIN, PC
Attorneys for Plaintiff
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

BY: JOSEPH A. CHURGIN, ESQ.
j.churgin@savadchurgin.com

NOVIAN & NOVIAN, LLP
Co-Counsel for Plaintiff
1801 Century Park East, Suite 1201
Los Angeles, California 90067
(310) 553-1222

BY: ANDREW B. GOODMAN, ESQ.
agoodman@novianlaw.com

COOK, KURTZ & MURPHY, P.C.
Attorneys for Defendants
85 Main Street, P.O. Box 3939
Kingston, New York 12402
(845) 331-0702

BY: ERIC M. KURTZ, ESQ.
ekurtz@cookfirm.com

ALSO PRESENT: Matthew Novian

CIOCCI

A Yes, I do recall, yep.
Q Did that ever cause any issues with regard to production run?
A I think -- there was a customer that we had that they actually had the same can, the product, the can was the same product, the empty can, but they were two different sizes. So, it required a small adjustment of the filler. I don't remember those cans again. Those cans didn't have any tequila in them. I don't recall a real leaking issue from them. I am sorry. Is there anything more to that question?
Q No, no, that's it, and you had referenced with regards to one of the customers issues on leaking cans possibly coming from a dent in the bottom of the can. Do you recall that?
A Yes.
Q Do you recall Happy Hour ever having any issues with dents in the bottom of the cans causing leakage?
A I don't remember. I don't remember that, no.
Q Do you remember them having pinhole leaks in the sidewalls?
A Yes, I do remember the pinhole leaks.

CIOCCI

Q Was that different than many of the other issues concerning leaking cans with different customers?

A I remember the pinhole specifically about Happy Hour, yes, yeah, pinhole leaks for some reason, yes, sticks out as Happy Hour to me.

Q Now, I want to turn to Exhibit H for a moment.

A Give me a second. I closed them, okay.

Q On Page 2 of that exhibit there is some discussion about billing costs for another run of product. Do you see that?

A Yes.

Q Okay. Just above that you had expressed a concern in September of 2022, well, you can't be 100 percent sure that you won't see any more leakers?

A Yes, I see that.

Q All right. So, what is the reference to this three cents, and then your comment back, it's .045 cents with freight included?

A We provided cans for some customers. We provide some can typically. Happy Hour had their own can ends on-site to produce width. If this was a quick, hey, we need to get production going, it's

possible they didn't have any and we were providing the ends for that production run for them from our inventory for them to use.

Q And you were billing them at your cost?

A Right.

Q Was that something you would typically do or something that you did with a customer when there were issues with leaking?

A That would, if a customer needed something for a production run and we had it, that was something that we would offer to do, not necessarily leaking or not.

Q Would you agree with me that the goal of the company that you were working for was to provide product to customers that did not leak?

A Yes, I would agree with that.

Q And would you agree with me that individuals such as yourself, Andrew, Tyler, were trying to figure out what was causing the pinhole leaks in the Happy Hour cans?

A Yeah, like I mentioned before, it felt like a lot of discovery just trying to figure it out, what exactly it was.

Q Are you aware of whether or not different

cans have different specifications, for instance, what they can handle as far as dissolved oxygen?

A I believe so. I don't know for sure, yeah, I believe so. I don't know for certain.

Q Do you recall there being any discussion with Matthew Novian about the change in the manufacturer of the tequila in the fall of 2022?

A I am sorry. The question was?

Q Do you recall if there was any conversation between yourself and Matthew Novian about the change in the tequila supplier?

A I don't recall the conversation. Like I said before, that was to me more of a formula thing, and that would have been John Pitts. He was way more involved in that it would have been his communication.

Q Now, did you get an e-mail from me today with some additional exhibits?

A I did.

Q Okay, so, I would like you to pull that up.

A Okay.

MR. KURTZ: I have to find mine.

Q It's 33 pages of the documents and the first one is marked as 1. Do you see that?

CIOCCI

C E R T I F I C A T E

STATE OF NEW YORK )
: SS:
COUNTY OF ROCKLAND )

I, FAYE SIMONOVITS, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

THAT the witness whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related, either by blood or marriage, to any of the parties to this action; and

THAT I am in no way interested in the outcome of this matter.

FAYE SIMONOVITS