# EXHIBIT "E"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - -x

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

INDEX NO. 3:24-cv-0047

CAN MAN, LLC d/b/a BEST BEV CO., BEST BEV, LLC, and JOHN DOES 1 through 10,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - -x

March 27, 2025
3:00 p.m.

CONTINUED EXAMINATION BEFORE TRIAL via Videoconference of TYLER ERIC MONDOC, a NON-PARTY WITNESS in the above-entitled action, taken before FAYE SIMONOVITS, a Notary Public within and for the State of New York, pursuant to Subpoena.

ROCKLAND & ORANGE REPORTING

2 Congers Road, Suite 2

New City, New York 10956

(845) 634-4200

A P P E A R A N C E S:

SAVAD, CHURGIN, PC
Attorneys for Plaintiff
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
(845) 624-3820

(Not Present)

NOVIAN & NOVIAN, LLP
Co-Counsel for Plaintiff
1801 Century Park East, Suite 1201
Los Angeles, California 90067
(310) 553-1222

BY: ANDREW B. GOODMAN, ESQ.
agoodman@novianlaw.com

COOK, KURTZ & MURPHY, P.C.
Attorneys for Defendants
85 Main Street, P.O. Box 3939
Kingston, New York 12402
(845) 331-0702

BY: ERIC KURTZ, ESQ.
ekurtz@cookfirm.com

speculation.

A I honestly don't recall that, no, not the specifics.

Q Okay. Would you agree with me that Can Man's goal was to produce a good product?

A It was certainly my goal, yes.

Q Would you agree with me that you did whatever you could do to ascertain why Happy Hour products were leaking?

A I certainly, as an individual running that department, did everything I could, as a single contributor, to not only make sure that work stream was active, but that we were driving to root cause in a very -- with a very scientific approach.

Q And I understand that we talked about the cascading effect, how that can make it difficult because damage can come from the outside in, because it's not the root cause. Where is that first leaker, correct?

A Correct. The difficulty with identifying root cause in a set of packages that are already compromised, which is how you are able to identify it, becomes very difficult, becomes very difficult for root-cause analysis because you cannot always

wrinkles."

Does that indicate to you that it might have been caused during the seaming process?

A To me, wrinkles, as I understand them, as a defect on aluminum cans is typically caused either during the action of the can being seamed, as it is in rotations, or as cans are proceeding against each other or against guide rails while proceeding down conveyance.

Q Was it your understanding that the issues with Happy Hour products was different than a wrinkle issue?

A It was my assumption and my understanding at the time of my termination, yes.

Q And, in fact, later down in that e-mail, I see the words, "Had leaks with Onda and Happy Hour as well (Happy Hour is pinhole leaks in an otherwise perfect can)."

Would you agree with me that that would indicate that the Happy Hour issue was unique with respect to the other issues that Can Man was dealing with at that time, with the other customers?

MR. GOODMAN: Objection. Calls for speculation.

A I would say -- I would say, based on the content of what I am looking at here, knowing what I know now, that would be an assumption that could be made.

I don't know if that's something we were ready to rule out right away. Again, just understanding that we had -- we had to go with exclusion of what the root causes were, I can certainly say that the pinhole leak in an otherwise perfect can is the accurate representation of that. It would be hard to believe it was due to wrinkling because that would be a very physically obvious defect.

Q Or denting in the bottom of a can, that would be an obvious defect, too?

A It would at least be identifiable visually, yes.

Q At the time that you were terminated, would it be fair to say that Can Man was not happy with the fact that the root cause had not been determined as of that time?

A I would say, at the time of my termination, they were probably very unhappy about many things, including the fact that they had a large amount of

MONDOC

Q Do you recall ever seeing Happy Hour product leaking?

A Yes.

Q Did you see that just by happenstance or had someone approached you or contacted you and said, "Hey, take a look at inventory"?

A I do not recall it being escalated or hearing an escalation from outside the immediate Can Man team, but I can say for sure that my work stream carried me all over that building and, for much of our inventory, for many different reasons, I am sure I came across it once or twice in some portion of our either stored or work-in-progress inventory spaces.

Q Would it be fair to say that you cared about your work?

A I think it would be fair that I still care very much about my work.

Q Would it be fair to say that you tried your best to find a root cause for the leakage of Happy Hour's product?

A I can say that at all times, I was very actively involved in understanding any of the technical or realtime problems or quality concerns that any of our customers were having. I ultimately

worked for the consumers. If the consumer is not getting what they expect or want, that is ultimately -- that is how I operate.

Q Now, you have used the word "escalation" a number of times in your testimony.

Tell me what you mean by "escalation."

What is that, how does that happen?

A Escalation, for me, is a term that I use in the scope of my work to mean that quality is frequently involved in setting up the correct processes for monitoring and controlling both realtime report events as well as understanding how to capture quality, data of finished inventories. So, what I would say is, we worked very diligently to -- and --

I am sorry, can you please repeat the question?

Q Basically, trying to figure out what causes an escalation and what is an escalation.

A Yes, I am sorry.

And, again, from my understanding of how we use the term "escalation" as a function of quality production, it is that our systems are intended and set up to help front-line teams monitor their

C E R T I F I C A T E

STATE OF NEW YORK )
: SS:
COUNTY OF ROCKLAND )

I, FAYE SIMONOVITS, a Shorthand Reporter and Notary Public within and for the State of New York, do hereby certify:

THAT the witness whose testimony is hereinbefore set forth, was duly sworn by me; and

THAT the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related, either by blood or marriage, to any of the parties to this action; and

THAT I am in no way interested in the outcome of this matter.

FAYE SIMONOVITS