UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------X
HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against- N3:24-CV-00047

CAN MAN, LLC d/b/a Best Bev Co.,
BEST BEV, LLC and
JOHN DOES 1 through 100,

Defendants.
-------------------------------------------X

Wednesday
December 11, 2024
12:00 p.m.

Zoom Remote

EXAMINATION BEFORE TRIAL

of the Plaintiff, HAPPY HOUR DRINKS COMPANY, INC., by and through the witness, MATTHEW NOVIAN, before Roberta O'Rourke, a Shorthand Reporter and Notary Public within and for the State of New York.

---

**JULIE A. PROVENZANO**
**15 Dunneman Avenue**
**Kingston, New York 12401**
**(845) 331-1314**

A P P E A R A N C E S :

SAVAD CHURGIN, ATTORNEYS AT LAW
Attorneys for Plaintiff
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
845-624-3820
BY: JOSEPH CHURGIN, ESQ.
AND: ANDREW GOODMAN, ESQ., NOVIAN & NOVIAN, LLP.

COOK, KURTZ & MURPHY, P.C.
Attorneys for Defendants
85 Main Street, P.O. Box 3929
Kingston, New York 12402
845-331-0702
BY: ERIC KURTZ, ESQ.

label of their can you can see where the drink is manufactured.

Q Let me just go back for a second. With respect to Andre and him as your formulator, did you have an idea of what the ingredients you were going to need or was that something that he had to develop for you?

A We were very specific on the ingredients, you know, we insisted on a very clean low calorie formula. We wanted, you know, all real like ingredients, nothing synthetic. Real juice, you know, no -- some of these formulators would play around with weird flavors and monk fruit, we didn't want, you know, any of that, just a simple clean formula.

Q And how long would you say it took for Andre to develop the formula, in other words the ingredients that you ultimately ended up using for this product?

A There was 15 rounds of samples at least, different variations of taste and we didn't like this, oh we like this, focus more on this, too sweet, you know, things like that.

Q Now, as far as payment for services of

is approximately $272,000, how did you come about or figure out that number?

A I think RNDC billed us back 8,000 times 34 or 35 or something like that, right, so whatever it was it came out to that number. That's just the RNDC bill-back for that run.

Q Let me just understand that in more lay terms. So you pay Can Man or Best Bev a certain amount of money to co-pack your product, you pay for some of the ingredients yourself, the cans yourself and then is it that you sell that to the distributor or how does that work as far as let's say you have 8,000 cases and it goes to RNDC, do you bill them for that at a set price?

A Yes, so we prepaid $100,000 for that October -- late September/October run and then yes we prepaid all the costs for the ingredients and the can bodies and whatnot and for the freight to ship the product to California. RNDC does buy it at a fixed price.

Q That number, that $272,000?

A As it relates to the 8,000 cases.

Q Correct.

A Yes.

Q And then you get paid but then they have issues with it, and they say okay give us our money back generally in sum and substance?
A Generally.
Q In 2022 do you have any idea what the cost that you had to, and I'm talking now the co-packer's fee and the purchase of the ingredients, what a can of Happy Hour Drinks Company's tequila seltzer costs you?
A I believe it was between a dollar and a dollar and 10 cents.
Q And how much did RNDC pay in purchasing a can of Happy Hour Drinks Company tequila seltzer?
A Depending on market, but California was closer to $34, Texas and Florida were closer like $31.
Q Thirty-four dollars a can or?
A A case, a case, a case.
Q Sorry.
A I don't have a calculator but.
Q Hold on. So there's 24 cans in a case, that's like $1.42 cents for the California, okay.

that conversation?

A Just like hey you're going to probably hear from my lawyers on a deposition, can you let me know some dates that work for you and I'll take it back and then they'll send you an e-mail or something.

Q Who was the woman, the founder of Neatly Spiked?

A Her name was Lauren, I don't remember her last name, but it will be in the e-mails that I send you.

Q Now in one of your e-mails, I could pull it back up for you if you want it was on February 24th, you talked about ordering an NOM1438 to rule out the issue with the new tequila?

A Yes.

Q What was your understanding of a NOM1438?

A Okay, so that was the original tequila that we got from Casa Mistry (phonetic spelling). The new tequila, which you showed me the Spanish agreement for, that's the second tequila. At the time there was no internal analysis comparing the copper levels on one to the other. So in the dark I

was like okay maybe, you know, maybe the new tequila is higher copper level let's switch back to the old one because presumably that could be what happened, using deductive reasoning. But then John Pitts and Andy Zimmerman did a testing, they sent both tequilas to a lab and the lab results came back and then the new tequila had a lower copper level than the first tequila. So then I was like ha how could there be, you know, that was a bit strange.

Q Okay.

A You know, maybe that's why they didn't order NOM1438 and maybe that's why they stuck on the new one because it has lower copper.

Q Other than this lawsuit has Happy Hour Drinks Company been involved in any other lawsuits?

A Like a collection case after everything, you know, some like people maybe two small like hey you owe us a little bit of money and you're ignoring us kind of cases, but no, really other than that no.

Q Were there ever any actions against Happy Hour Drinks Company, any lawsuits against the company?

A Wasn't that just -- I think that was

C E R T I F I C A T I O N

I, ROBERTA O'ROURKE, a Stenotype Reporter and Notary Public within and for the State of New York, hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn or affirmed by a Notary Public and that the transcript of said examination is a true record of the testimony given by the said witness; and

That I am not related to any of the parties in this action by blood or marriage, and I am in no way interested in the outcome of this matter.

Roberta O'Rourke

Roberta O'Rourke