UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

3:24-cv-00047
(TJM/ML)

CAN MAN, LLC d/b/a Best Bev Co.,
BEST BEV, LLC and
JOHN DOES 1 through 100,

Defendants.

---

**EXAMINATION-BEFORE-TRIAL** of **MATTHEW MORTON,** a Witness called on behalf of the Plaintiff named in the foregoing-entitled matter, held pursuant to Notice of Examination-before-Trial, before a Certified Shorthand Reporter and Notary Public in and for the State of New York, held via Zoom video conferencing, on February 12, 2025, Wednesday, commencing at approximately one o'clock a.m.

***ORIGINAL***

APPEARANCES:

NOVIAN & NOVIAN, LLP
*Attorneys for Plaintiff.*
By: Andrew Goodman, Esq.
Office and P.O. Address:
1801 Century Park East
Suite 1201
Los Angeles, California 90067

COOK, KURTZ & MURPHY, P.C.
*Attorneys for Defendants, Can Man, LLC d/b/a Best Bev Co. and Best Bev, LLC.*
By: Eric M. Kurtz, Esq.
Office and P.O. Address:
85 Main Street
P.O. Box 3939
Kingston, New York 12402

Also present: Matthew Novian

there were many others, and when we learned -- and when we had thought that it was just about us, obviously that really affected, when they led us to believe that it was only us, it really affected our business in a negative way, because I couldn't even say to our distributor and retailers and investors that it wasn't a problem that we had caused, and I don't know anything about co-packing, like I said. So, it made us, basically, pause our business operations while still paying all the associated cost and G&A, but not getting to meet deadlines for incentives, which we had to pay for and to retailers that have programming, and, you know, the alcohol business works on a very specific calendar. So, if you can't deliver a product at certain times, you might miss your window for a whole year.

Q Has there been any discussion about reigniting or restarting the business at any time in the future?

A Not by us.

Q Has anybody approached you about purchasing either your formula or trademark?

A Yes.

Q And who is that?

A One of our current, one of our investors, J.J. Dudum, and then another group of people whose names I don't recall, but everybody, again, worry about the litigation.

Q Was there any discussion about how much they would be willing to pay for the intellectual property and/or trademark?

A No. Also, like the company has a debt that we owe to the distributors and stuff, so I feel like almost at best somebody might just take it off our hands.

Q Do you know how much is owed to distributors currently?

A No.

Q Would there be records somewhere that would reflect the amount owed to

C E R T I F I C A T I O N

I, Anthony D'Ambrosio, Certified Shorthand Reporter and Notary Public in and for the State of New York, hereby certify that the foregoing is to be a true and accurate transcript of the proceeding in the above-entitled matter to the best of my ability and belief at the above-mentioned place and date, and of the whole thereof:

Anthony D'Ambrosio

---------------------------

Anthony D'Ambrosio, C.S.R.