**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

CAN MAN, LLC d/b/a Best Bev Co.;
BEST BEV, LLC and
JOHN DOES 1 through 100,

Defendants.

---

**DECLARATION OF JOHN PITTS IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Case No. 3:24-cv-00047 (ECC/ML)

I, John Pitts, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, the following:

1. I am currently the Director of Compliance for defendant Best Bev, LLC ("Best Bev"). Prior to my employment with Best Bev, I was the Processing and Compliance Manager for defendant Can Man, LLC ("Can Man").

2. On April 30, 2026, I signed a declaration, with exhibits, in support of defendants' motion for summary judgment. (Docket Nos. 130-13, 130-14, 130-15, 130-16). I hereby incorporate by reference the contents of that declaration.

3. In my prior declaration, I noted that (a) Happy Hour did not request that Can Man adhere to a particular dissolved oxygen ("DO") level for its production runs; and (b) Happy Hour never requested that Can Man conduct or arrange for any

pre-production testing of its products or its cans for items such as copper levels or chloride levels.

4. In contrast, Andre Reodica, Happy Hour's formulator, did identify certain parameters that Can Man was required to test for during the Happy Hour production runs, including pH, Brix (a measure of the amount of dissolved solids in a liquid, which is used to measure dissolved sugar), and carbonation. We did test for these issues and complied with Mr. Reodica' specifications. For example, a copy of Can Man's certificates of analysis from the June 2022 Happy Hour production run, which were shared with Matthew Novian on October 14, 2022, is attached as Exhibit "A."

5. In July 2023, Best Bev completed one production run for Happy Hour at Best Bev's production facility in Waverly New York. Unfortunately, Happy Hour also experienced leaking cans from this production run. The leaking cans from this production run resulted from a seaming tool that needed to be recalibrated/retooled. This production run did not result in "pinhole" leaks.

Executed on May 20, 2026 at Bingley, United Kingdom.

DocuSigned by:
CE76B4D7CAEF483...
John Pitts