# EXHIBIT “A”

2512 Quakertown Rd.
Pennsburg, PA
18073

# MANUFACTURER CERTIFICATE OF ANALYSIS

**Customer:** HAPPY HOUR **Product:** PASSION FRUIT **Product Code**: PL2.HHPF.004

**ANALYSIS SUMMARY** [TEST DATE = 06/14/22]

***Critical Product Parameters:***

PRODUCT ph .................... **3.1** ............. STANDARD DEVIATION = 0.01

SPECIFIC GRAVITY ............. **0.999** ........... STANDARD DEVIATION = 0.000

ALCOHOL CONTENT ........... **5.0%** BY VOLUME ... STANDARD DEVIATION = 0.06

SUGAR CONTENT ............... **3.1** BRIX ........... STANDARD DEVIATION = 0.3

***Secondary Product Parameters:***

PRODUCT COLOR ............. **7.1** SRM .......... STANDARD DEVIATION = 0.9

TURBIDITY / HAZE ............. **69** NTU ........... STANDARD DEVIATION = 4.4

CARBON DIOXIDE ............. **2.75** VOLUMES ....... +/- 0.2 VOLUMES

SENSORY ...................... **ACCEPTED** ...... VERIFIED *TRUE TO BRAND*

***Microbiological Analysis:***

AEROBIC BACTERIA ........... **< 10** CFU/mL .......... NONE DETECTED – PASS *[METHOD: 3M RAC]*

COLIFORMS (E. COLI) .......... **< 10** CFU/mL. ......... NONE DETECTED – PASS *[METHOD: 3M REC]*

YEAST & MOLD ................. **< 10** CFU/mL. ......... NONE DETECTED – PASS *[METHOD: 3M RYM]*

**REPORT PREPARED BY:** TYLER E. MONDOC – *QUALITY DEPARTMENT & LABORATORY MANAGER*

*BEST BEV certifies that the results presented in this COA are true and correct to the best of our knowledge.*
*These results relate only to the product being purchased.*

Best Bev

contact@bestbev.co | +215.987.5616

2512 Quakertown Rd.
Pennsburg, PA
18073

# MANUFACTURER CERTIFICATE OF ANALYSIS

**Customer:** HAPPY HOUR **Product:** MARGARITA **Product Code**: PL2.HHMG.004

**ANALYSIS SUMMARY** [TEST DATE = 06/14/22]

***Critical Product Parameters:***

PRODUCT ph .................... **3.1** ............. STANDARD DEVIATION = 0.01

SPECIFIC GRAVITY ............. **0.998** ........... STANDARD DEVIATION = 0.000

ALCOHOL CONTENT ........... **5.0%** **BY VOLUME** . . . STANDARD DEVIATION = 0.04

SUGAR CONTENT .............. **2.8** **BRIX** ........... STANDARD DEVIATION = 0.01

***Secondary Product Parameters:***

PRODUCT COLOR ............. **3.5** **SRM** .......... STANDARD DEVIATION = 0.2

TURBIDITY / HAZE ............. **90** **NTU** ........... STANDARD DEVIATION = 1.6

CARBON DIOXIDE ............. **2.75** **VOLUMES** ....... +/- 0.2 VOLUMES

SENSORY ...................... **ACCEPTED** ...... VERIFIED *TRUE TO BRAND*

***Microbiological Analysis:***

AEROBIC BACTERIA ........... **< 10** **CFU/mL** .......... NONE DETECTED – PASS *[METHOD: 3M RAC]*

COLIFORMS (E. COLI) .......... **< 10** **CFU/mL.** ......... NONE DETECTED – PASS *[METHOD: 3M REC]*

YEAST & MOLD ................. **< 10** **CFU/mL.** ......... NONE DETECTED – PASS *[METHOD: 3M RYM]*

**REPORT PREPARED BY:** TYLER E. MONDOC – *QUALITY DEPARTMENT & LABORATORY MANAGER*

*BEST BEV certifies that the results presented in this COA are true and correct to the best of our knowledge. These results relate only to the product being purchased.*

Best Bev

contact@bestbev.co | +215.987.5616

2512 Quakertown Rd.
Pennsburg, PA
18073

# MANUFACTURER CERTIFICATE OF ANALYSIS

**Customer:** *HAPPY HOUR* **Product:** *SHARP LIME* **Product Code**: *PL2.HHLI.004*

**ANALYSIS SUMMARY** [TEST DATE = 06/15/22]

***Critical Product Parameters:***

PRODUCT ph .................... **3.1** ............. STANDARD DEVIATION = 0.01

SPECIFIC GRAVITY ............. **0.997** ........... STANDARD DEVIATION = 0.000

ALCOHOL CONTENT ........... **5.0%** BY VOLUME . . . STANDARD DEVIATION = 0.01

SUGAR CONTENT .............. **2.7** BRIX ........... STANDARD DEVIATION = 0.01

***Secondary Product Parameters:***

PRODUCT COLOR ............. **1.6** SRM .......... STANDARD DEVIATION = 0.1

TURBIDITY / HAZE ............. **43** NTU ........... STANDARD DEVIATION = 0.8

CARBON DIOXIDE ............. **2.75** VOLUMES ....... +/- 0.2 VOLUMES

SENSORY ...................... **ACCEPTED** ...... VERIFIED *TRUE TO BRAND*

***Microbiological Analysis:***

AEROBIC BACTERIA ........... **< 10** CFU/mL .......... NONE DETECTED – PASS *[METHOD: 3M RAC]*

COLIFORMS (E. COLI) .......... **< 10** CFU/mL. ......... NONE DETECTED – PASS *[METHOD: 3M REC]*

YEAST & MOLD ................. **< 10** CFU/mL. ......... NONE DETECTED – PASS *[METHOD: 3M RYM]*

**REPORT PREPARED BY:** TYLER E. MONDOC – *QUALITY DEPARTMENT & LABORATORY MANAGER*

*BEST BEV certifies that the results presented in this COA are true and correct to the best of our knowledge. These results relate only to the product being purchased.*

Best Bev

contact@bestbev.co | +215.987.5616

2512 Quakertown Rd.
Pennsburg, PA
18073

# MANUFACTURER CERTIFICATE OF ANALYSIS

**Customer:** HAPPY HOUR **Product:** GRAPEFRUIT **Product Code**: PL2.HHGF.004

**ANALYSIS SUMMARY** [TEST DATE = 06/16/22]

***Critical Product Parameters:***

PRODUCT ph .................... **3.1** ............. STANDARD DEVIATION = 0.00

SPECIFIC GRAVITY ............. **0.997** ........... STANDARD DEVIATION = 0.000

ALCOHOL CONTENT ........... **5.0%** **BY VOLUME** . . . STANDARD DEVIATION = 0.07

SUGAR CONTENT .............. **2.7** **BRIX** ........... STANDARD DEVIATION = 0.03

***Secondary Product Parameters:***

PRODUCT COLOR ............. **1.4** **SRM** .......... STANDARD DEVIATION = 0.1

TURBIDITY / HAZE ............. **36** **NTU** ........... STANDARD DEVIATION = 1.0

CARBON DIOXIDE ............. **2.75** **VOLUMES** ....... +/- 0.2 VOLUMES

SENSORY ...................... **ACCEPTED** ...... VERIFIED *TRUE TO BRAND*

***Microbiological Analysis:***

AEROBIC BACTERIA ........... **10** **CFU/mL** ............ BELOW ACTION LIMIT – PASS *[METHOD: 3M RAC]*

COLIFORMS (E. COLI) .......... **< 10** **CFU/mL.** ......... NONE DETECTED – PASS *[METHOD: 3M REC]*

YEAST & MOLD ................. **< 10** **CFU/mL.** ......... NONE DETECTED – PASS *[METHOD: 3M RYM]*

**REPORT PREPARED BY:** TYLER E. MONDOC – *QUALITY DEPARTMENT & LABORATORY MANAGER*

*BEST BEV certifies that the results presented in this COA are true and correct to the best of our knowledge. These results relate only to the product being purchased.*

Best Bev

contact@bestbev.co | +215.987.5616