**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HAPPY HOUR DRINKS COMPANY, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>CAN MAN, LLC d/b/a Best Bev Co.;<br>BEST BEV, LLC and<br>JOHN DOES 1 through 100,<br><br>Defendants. | **DECLARATION OF ANGUS RITTENBURG IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 3:24-cv-00047 (ECC/ML) |

I, Angus Rittenburg, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, the following:

1. I am the Chief Executive Office for Wherehouse Beverage Co. ("Wherehouse"). I have been involved in the production and sale of canned, THC-infused beverages for over 5 years. In this role, I have engaged, contracted with and become familiar with a wide variety of beverage "co-packers."

2. In my experience, as between beverage companies, such as Wherehouse (the "Customer"), and the company (the "Co-Packer") engaged to batch and package the Customer's product, the Customer is responsible for specifying a bill of materials (ingredients, cans, suppliers, etc.), and the Co-Packer is responsible for producing finished goods consistent with those specifications. Compatibility of

the formulation with the can/liner selected by the Customer is typically validated by the Customer, or the formulator for the Customer. Put differently, most Co-Packers—many of the Co-Packers with whom I have dealt—cannot perform these compatibility tests in-house, nor do they offer such services as a guarantee of product shelf-life.

3. In my experience, it would be unreasonable for a Customer to expect the Co-Packer to voluntarily validate its product unless the Co-Packer offers this as a service and provides a contract with guarantees for this service.

Dated: May 21, 2026

Angus Rittenburg

Angus Rittenburg