# EXHIBIT "A"

From: **Matthew Novian** <novian@drinkhappyhour.com>
Date: Tue, Oct 11, 2022 at 5:13 PM
Subject: Re: FW: moldy cans 1
To: Andrew Zimmerman <andrew@drinkwynk.com>
Cc: Anthony Ciocci <aciocci@bestbev.co>

Andy, Matson--the third party assisting here--believes the issue is related to two things: 1) a seeming issue on the production line and 2) the juice fermenting and causing pressure to build in the can because of excessive heat conditions. We are still investigating what's going on, but this is their position so far.

On Thu, Oct 6, 2022 at 2:20 PM Andrew Zimmerman <andrew@drinkwynk.com> wrote:

Matt -

These are the same issues we are seeing with the old cans in inventory here in Pennsburg. They develop pin-hole leaks, as the product leaks it quickly corrodes the exterior of the cans, and also creates a mold issue. We had to segregate everything, and each time we cull through the pallets to remove leakers, we find new ones.

Happy to get on a call to discuss
Andy

On Thu, Oct 6, 2022 at 4:11 PM Matthew Novian <novian@drinkhappyhour.com> wrote:

Can we discuss? Thanks

---------- Forwarded message ---------
From: **Scott Shaw** <scott@drinkhappyhour.com>
Date: Thu, Oct 6, 2022 at 12:30 PM
Subject: Fwd: FW: moldy cans 1
To: Matthew Novian <novian@drinkhappyhour.com>

---------- Forwarded message ---------
From: **Jill Fisher at OCC** <JFisher@matson.com>
Date: Thu, Oct 6, 2022 at 11:39 AM
Subject: FW: moldy cans 1
To: Scott Shaw <scott@drinkhappyhour.com>

Thank you

Jill

Matson LOGISTICS | 35 YEARS SINCE 1987

**Jill Fisher** | Customer Service Manager | Northern California

JFisher@matson.com | Tel: 510-383-9414 | Cell: 510-305-1361 |Fax 510-568-2874

MATSONLOGISTICS.COM |

**From:** Sherry Buada at OCC <SBuada@matson.com>
**Sent:** Thursday, October 6, 2022 11:03 AM
**To:** Jill Fisher at OCC <JFisher@matson.com>
**Subject:** moldy cans 1

Thank you,

Sherry Ann

Matson LOGISTICS | 35 YEARS SINCE 1987

**Sherry Ann Buada** | CSR | MLW 9401 San Leandro St., Oakland, CA, 94603

sbuada@matson.com | Tel: 510-383-9412 | Fax: 510-568-2874

MATSONLOGISTICS.COM |

**Shipping Hours**: 7:30 am to 3:00 pm / M-F

To schedule appointments please email appts@matson.com. If you have any additional questions please call the appointment desk @ 510-383-9413.

For any operational concerns please reach our Facility Manager Byron Low at blow@matson.com

---

NOTICE: This message, including any attachments, is intended for the use of the party to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure. If you are not the intended recipient, any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please contact the sender immediately by reply e-mail, and delete the original and any copies of this message. It is the sole responsibility of the recipient to ensure that this message and any attachments are virus free.

--

**Scott Shaw**
**Senior VP of Sales**
C: (310) 490 - 5588
E: scott@drinkhappyhour.com
www.drinkhappyhour.com

--
Andrew Zimmerman
484-239-2757

--
Andrew Zimmerman
484-239-2757

---

**Matthew Novian** <novian@drinkhappyhour.com> Thu, Oct 13, 2022 at 1:42 PM
To: Andrew Zimmerman <andrew@drinkwynk.com>, John Pitts <jpitts@bestbev.co>
Cc: Anthony Ciocci <aciocci@bestbev.co>

Looping in John, can we test some of the holds of the leaky cans? We suspect there might have been some fermentation in the cans causing them to leak. Thanks all

[Quoted text hidden]

---

**Anthony Ciocci** <aciocci@bestbev.co> Fri, Oct 14, 2022 at 2:33 PM
To: Matthew Novian <novian@drinkhappyhour.com>, Tyler Mondoc <tmondoc@bestbev.co>
Cc: Andrew Zimmerman <andrew@drinkwynk.com>, John Pitts <jpitts@bestbev.co>

Hi Matt,

We have reviewed inventory here as well as production data and don't see anything consistent with fermentation in unopened or unaffected cans being a possibility. It would take a micro contamination to start the fermentation process, and all micro data from the June runs returned passing results.

I'm adding our quality director, Tyler, to this email chain to provide you with the data from June production and any additional information needed for you to understand our internal processes and procedures to test for these kinds of issues.

We have 22 pallets of June production inventory in house, all packed into 4pk and VP cases, and 18 of them are currently visibly leaking. When opening these leaking cases, we are seeing the pinholes in the cans that we've mentioned before. These leaks are causing an overall smell of product, wet cardboard and packaging materials that is causing mold and other issues. I imagine this is the same comments and complaints coming from the third party team.

Tyler will add the data from production, is there other information we can provide?

Thank you
Anthony
[Quoted text hidden]

---

**Tyler Mondoc** <tmondoc@bestbev.co> Fri, Oct 14, 2022 at 4:13 PM
To: Anthony Ciocci <aciocci@bestbev.co>, Matthew Novian <novian@drinkhappyhour.com>
Cc: Andrew Zimmerman <andrew@drinkwynk.com>, John Pitts <jpitts@bestbev.co>

Thanks Anthony, hey Matt--

Wanted to follow up with some additional QC documentation from the production runs being discussed.

Attached are *Manufacturer Certificates of Analysis* for the four flavor SKUs ran in June-- Sharp Lime, Grapefruit, Passionfruit, and Margarita. The COA's include records of our internal microbiological test results, all of which received an acceptable assessment for Aerobic Organisms, Coliforms, and Yeast/Mold. In addition, I've reviewed the real-time production paperwork and have re-verified that all of the at-line checks for the presence of active Velcorin were complete and received a passing assessment. Additionally, no retention samples from those production runs in my inventory are showing signs of over-pressurization from fermentation activity. At this time my department has no evidence or reason to believe that a persistent microbiological issue is present, and certainly none that would be compromising the packaging.

In addition to the CoA's, below is a brief overview of seam inspection data collected during the production runs in-question.
These measurements (in inches) are taken with our CMC-KUHNKE seam inspection system and are a part of our routine package QC activities:

| | | COUNTERSINK | THICKNESS | HEIGHT | BODY HOOK | COVER HOOK | OVERLAP |
|---|---|---|---|---|---|---|---|
| (n=14) | AGV | 0.271 | 0.046 | 0.099 | 0.066 | 0.063 | 0.043 |
| | STD Dev. | 0.002 | 0.001 | 0.001 | 0.005 | 0.001 | 0.005 |

| COUNTERSINK DEPTH | | | SEAM THICKNESS | | | SEAM HEIGHT | | |
|---|---|---|---|---|---|---|---|---|
| LOW | TARGET | HIGH | LOW | TARGET | HIGH | LOW | TARGET | HIGH |
| 0.265 | 0.270 | 0.275 | 0.043 | 0.045 | 0.048 | 0.095 | 0.098 | 0.101 |

| BODY HOOK | | | COVER HOOK | OVERLAP |
|---|---|---|---|---|
| LOW | TARGET | HIGH | LOW | LOW |
| 0.055 | 0.065 | 0.075 | 0.053 | 0.025 |

Our at-line operators are also responsible for confirming primary seam parameters (height & thickness) once-per-pallet, and those records are all within the specification ranges noted above. At this time my department has no evidence or reason to believe that there is a persistent issue with defective seams, and nothing that would indicate that is the source of any confirmed product leaks.

Please let me know if there are any additional questions or concerns that I can address.

Thank you--

[Quoted text hidden]
--

---

**HAPPY HOUR _ Certificates of Analysis - Batches #004 _ June.pdf**
1479K

---

**Matthew Novian** <novian@drinkhappyhour.com> Tue, Oct 18, 2022 at 3:07 AM
To: Tyler Mondoc <tmondoc@bestbev.co>
Cc: Andrew Zimmerman <andrew@drinkwynk.com>, Anthony Ciocci <aciocci@bestbev.co>, John Pitts <jpitts@bestbev.co>

Thanks for this careful analysis.
[Quoted text hidden]
--

HAPPY HOUR
**Matthew Novian**
Co-Founder
C: (310) 666-7411
E: Novian@drinkhappyhour.com
www.drinkhappyhour.com