**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

CAN MAN, LLC d/b/a Best Bev Co.;
BEST BEV, LLC and
JOHN DOES 1 through 100,

Defendants.

**DECLARATION OF SHAWN SHEEHAN IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Case No. 3:24-cv-00047 (ECC/ML)

I, Shawn Sheehan, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, the following:

1. I submit this declaration in opposition to the motion for summary judgment filed by plaintiff Happy Hour Drinks Company, Inc.

2. Best Bev, LLC ("Best Bev") was formed in June 2022 as a United States Virgin Islands limited liability company.

3. Best Bev was formed for the purpose of engaging in beverage co-packing.

4. In furtherance of Best Bev's intended purposes, it leased premises in Waverly, New York. Best Bev began its co-packing operations in Waverly, New York in June 2023.

5. Best Bev also leases and operates a storage and distribution center located in Athens, Pennsylvania. However, aside from its Waverly, New York facility, Best Bev has never operated a co-packing facility in Pennsylvania or in any other state.

Dated: May 22, 2026
St. Thomas
U.S Virgin Islands

Shawn P. Sheehan