**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

-against-

CAN MAN, LLC d/b/a Best Bev Co.;
BEST BEV, LLC and
JOHN DOES 1 through 100,

Defendants.

**DECLARATION OF RYAN USZENSKI IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Case No. 3:24-cv-00047 (ECC/ML)

I, Ryan Uszenski, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury, the following:

1. I submit this declaration in opposition to the motion for summary judgment filed by plaintiff Happy Hour Drinks Company, Inc.

2. In May of 2021, I formed defendant Can Man, LLC ("Can Man") as a Pennsylvania limited liability company.

3. I formed Can Man in May 2021 for the purpose of engaging in low-end spirit sales and beverage co-packing. In furtherance of those purposes, Can Man leased premises at 2512 Quakertown Road in Pennsburg, Pennsylvania. Can Man began its co-packing operations in Pennsburg, Pennsylvania in 2021.

4. Can Man has never operated a co-packing facility in any state other than Pennsylvania.

Dated: May 22, 2026
St. Thomas
U.S Virgin Islands

Ryan Uszenski