UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HAPPY HOUR DRINKS COMPANY, INC.,

Plaintiff,

v.

CAN MAN, LLC, d/b/a Best Bev Co.,
BEST BEV LLC and
JOHN DOES 1 through 100,

Defendants.

Civil Action No.:
3:24-cv-00047 (ECC/ML)

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 22, 2026, I electronically filed the following documents: Memorandum of Law in Opposition; Affidavit of Paul T. Sheppard, Esq., sworn to on May 22, 2026 (with exhibits); Declaration of John Pitts, dated May 20, 2026 (with exhibit); Declaration of Angus Rittenburg, dated May 21, 2026; Declaration of Andrew Zimmerman, dated May 21, 2026 (with exhibit); Declaration of Shawn P. Sheehan, dated May 22, 2026; Declaration of Ryan Uszenski, dated May 22, 2026; and Defendants' Response to Plaintiff's Statement of Material Facts, with the Clerk of the District Court using the CMF/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Joseph A. Churgin | j.churgin@savadchurgin.com |
| Andrew B. Goodman | agoodman@novianlaw.com |
| Alexander D. Racketa | aracketa@hhk.com |

In addition, I hereby certify that I have mailed by the United States Postal Service the documents to the following non-CM/ECF Participants:

None.

***s/ Paul T. Sheppard***
Paul T. Sheppard
NDNY Bar Roll No. 102596