UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

HAPPY HOUR DRINKS COMPANY, INC.,

               Plaintiff,

     vs.                                Case No. 3:24-cv-00047 (ECC/ML)

CAN MAN, LLC, d/b/a BEST BEV CO.,
BEST BEV LLC and JOHN DOES 1 through 100,

               Defendants.

**REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO PRECLUDE EXPERT TESTIMONY**