# EXHIBIT "B"

stment pro-
isors. Book
al engineer-
of available

ipany in the
, is globally
ices for our

# Early Stage Valuation

*A Fair Value Perspective*

ANTONELLA PUCA

WILEY

Copyright © 2020 by John Wiley & Sons, Inc. All rights reserved.

Published by John Wiley & Sons, Inc., Hoboken, New Jersey.

Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning, or otherwise, except as permitted under Section 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, Inc., 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 646-8600, or on the Web at www.copyright .com. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 111 River Street, Hoboken, NJ 07030, (201) 748-6011, fax (201) 748-6008, or online at http://www .wiley.com/go/permissions.

Limit of Liability/Disclaimer of Warranty: While the publisher and author have used their best efforts in preparing this book, they make no representations or warranties with respect to the accuracy or completeness of the contents of this book and specifically disclaim any implied warranties of merchantability or fitness for a particular purpose. No warranty may be created or extended by sales representatives or written sales materials. The advice and strategies contained herein may not be suitable for your situation. You should consult with a professional where appropriate. Neither the publisher nor author shall be liable for any loss of profit or any other commercial damages, including but not limited to special, incidental, consequential, or other damages.

For general information on our other products and services or for technical support, please contact our Customer Care Department within the United States at (800) 762-2974, outside the United States at (317) 572-3993 or fax (317) 572-4002.

Wiley publishes in a variety of print and electronic formats and by print-on-demand. Some material included with standard print versions of this book may not be included in e-books or in print-on-demand. If this book refers to media such as a CD or DVD that is not included in the version you purchased, you may download this material at http://booksupport.wiley.com. For more information about Wiley products, visit www.wiley.com.

*Library of Congress Cataloging-in-Publication Data:*

Names: Puca, Antonella, author.
Title: Early stage valuation : a fair value perspective / author
    Antonella Puca.
Description: First Edition. | Hoboken : Wiley, 2020. | Series: Wiley
    finance series | Includes index.
Identifiers: LCCN 2020009976 (print) | LCCN 2020009977 (ebook) | ISBN
    9781119613633 (hardback) | ISBN 9781119613671 (adobe pdf) | ISBN
    9781119613619 (epub)
Subjects: LCSH: Business enterprises–Valuation. | Financial
    statements–Standards. | Fair value–Accounting. |
    Accounting–Standards.
Classification: LCC HG4028.V3 E364 2020 (print) | LCC HG4028.V3 (ebook) |
    DDC 658.15–dc23
LC record available at https://lccn.loc.gov/2020009976
LC ebook record available at https://lccn.loc.gov/2020009977

Cover Design: Wiley
Cover Image: The Lady and the Unicorn: Sight © RMN-Grand Palais /Art Resource, NY

10 9 8 7 6 5 4 3 2 1

| Round | Seed | Series A | Series B | Series C | Series D | M&A |
|---|---|---|---|---|---|---|
| $ per Share | 0.80 | 1.00 | 0.70 | 0.80 | 0.80 | 0.70 |
| Premoney ($million) | 4.90 | 8.75 | 7.35 | 21.00 | 26.25 | 36.75 |
| Money ($million) | 2.10 | 1.75 | 11.03 | 5.25 | 15.75 | - |
| Postmoney ($million) | 7.00 | 10.50 | 18.38 | 26.25 | 42.00 | 36.75 |
| Multiple of Seed Share Price – Fully Diluted | | 1.25 | 0.88 | 1.00 | 1.00 | 0.88 |
| Multiple of Seed Postmoney Valuation | | 1.50 | 2.63 | 3.75 | 6.00 | 5.25 |
| Valuation Divergence Effect | | 83.33% | 33.33% | 26.67% | 20.00% | 16.67% |
| Shares after Round | 8,750,000 | 10,500,000 | 26,250,000 | 32,812,500 | 52,500,000 | 52,500,000 |
| Seed Shares | 2,625,000 | 2,625,000 | 2,625,000 | 2,625,000 | 2,625,000 | 2,625,000 |
| Seed Equity Ownership % | 30.0% | 25.0% | 10.0% | 8.0% | 5.0% | 5.0% |
| Seed Investment ($) | 2,100,000 | | | | | |
| Total additional capital ($million) | 35.88 | | | | | |

**EXHIBIT 4.6**   Valuation Divergence Effect: Exit at a Lower Unit Price

## SEED VALUATION: THE SCORECARD APPROACH

One of the challenges of valuing a seed-stage company is the lack of historical financial information on the company and of a solid foundation on which to base financial projections. Scorecard methodologies are an attempt to resolve this hurdle by creating a method that does not rely on the company's financial information, but rather benchmarks the company relative to other companies in its sector, geographical area, and stage of development. Scorecard methods assign a relative score to reflect the company's performance in a number of areas that are deemed strategic. The company then receives a value based on its scores and performance relative to its peers.

In this section we present four scorecard methods: the Payne method, the Risk Factor Summation method, the Berkus method, and an enhanced version of the Berkus method. These methods look at the historical valuation of companies similar to the target company as a benchmark for the target company's valuation.

The Payne and Risk Factor Summation Models are pure scorecard methods. The Berkus method in its original and enhanced versions combines elements of the scorecard approach with the Venture Capital method that we describe in the fourth section of this chapter.

### Payne Scorecard

The Payne Scorecard method was described by Bill Payne in a 2001 article, and then revised in 2011.[11] Payne developed the original version of his method with reference to small seed-stage enterprises with a premoney valuation in the $1–$2.5 million range. In his method, Payne

lists seven qua
eventually turn
tive importanc
"Strength of th
weight of 30%
Exhibit 4.7.[12]
The factor

1. Strength o
2. Size of the
3. Product/T

account for up
the manageme
is the most im
command a hi
achieving cert
few sales, and
valuable."[13]
On the "S
panies that wil
factor in valui
With refer

*It comes a
resents su
companie*

**EXHIBIT 4.7**   Pay

---

[11] On the Payne Scorecard method, see William Payne, *The Definitive Guide to Raising Money from Angels* (Payne, 2006) (revised 2011).

[12] William Payn
2011.
[13] William Payn
p. 74.
[14] William Payn
p. 75

STAGE VALUATION

| :ies D | M&A |
|---|---|
| 0.80 | 0.70 |
| 26.25 | 36.75 |
| 15.75 | - |
| 42.00 | 36.75 |
| 1.00 | 0.88 |
| 6.00 | 5.25 |
| !0.00% | 16.67% |
| )0,000 | 52,500,000 |
| !5,000 | 2,625,000 |
| 5.0% | 5.0% |

al financial infor-
icial projections.
g a method that
rks the company
elopment. Score-
: in a number of
on its scores and

, the Risk Factor
Berkus method.
: target company

1ods. The Berkus
)recard approach
his chapter.

nd then revised in
) small seed-stage
is method, Payne

*aising Money from*

| Comparison Factor | Weight in Valuation |
|---|---|
| Strength of Entrepreneur and Team | 0–30% |
| Size of the Opportunity | 0–25% |
| Product/Technology | 0–15% |
| Competitive Environment | 0–10% |
| Marketing/Sales/Partnerships | 0–10% |
| Need for Additional Investment | 0–5% |
| Other Factors | 0–5% |

**EXHIBIT 4.7**    Payne Scorecard: Comparison Factors and Weight Range

lists seven qualitative factors of strategic relevance for the company's ability to survive and eventually turn into a profitable enterprise. Each of these factors is weighted based on its relative importance in the company's valuation. The weights are defined within a range, with the "Strength of the Entrepreneur and the Team" as the primary factor with a maximum assigned weight of 30%, down to "Other Factors" with a maximum weight of 5%, as illustrated in Exhibit 4.7.[12]

The factor weights need to sum up to a 100% total. The top three factors of

1. Strength of Entrepreneur and the Team
2. Size of the Opportunity, and
3. Product/Technology

account for up to 70% of the total value of the company. Regarding the primary role played by the management team in the company's valuation, Payne explains that "the management team is the most important consideration in valuing an ESE. An experienced CEO will necessarily command a higher valuation for the company. But, a CEO/founder who is clearly capable of achieving certain milestones, such as completing product development and closing the first few sales, and is willing to step aside in favor of an experienced CEO to be hired later, is also valuable."[13]

On the "Size of the Opportunity" factor, Payne notes that "investors seek to fund companies that will scale quickly to $20–$50 million in revenues or more. The importance of this factor in valuing pre-revenue companies demonstrates the criticality of scale to investors."[14]

With reference to "Product and Technology," he explains that:

*It comes as a shock to all first-time entrepreneurs that their product or service represents such a small piece of the pre-money valuation. And, for high technology companies (with a valuable patent portfolio) this 15% number is low and would*

[12]William Payne, "Valuations 101: Scorecard Valuation Methodology," blog.gust.com October 19, 2011.
[13]William Payne, *The Definitive Guide to Raising Money from Angels* (Payne, 2006) (revised 2011), p. 74.
[14]William Payne, *The Definitive Guide to Raising Money from Angels* (Payne, 2006) (revised 2011). p. 75

*be perhaps 20%. In no case would the importance of the product or service exceed that of the management team or the scalability of the company. The product is important, but only as it defines the domination of a large marketplace that the company can achieve.*[15]

When the weight of one or more factors is reduced/increased, the remaining factors must be adjusted for the total to equal 100%. For example, consider an investor that sets the weighting for the Size of the Opportunity factor to 15% instead of the maximum 25%. For the sum of the factors has to be equal to 100%, the 10% that was taken away from the Size of the Opportunity should increase one or more of the other factors. This can be achieved either by allocating the difference to some specific factor(s) (Modified Weighting 1) or by attributing it pro-quota to the remaining factors (Modified Weighting 2), as shown in Exhibit 4.8.

The next step in Payne's Scorecard method consists of comparing the target company to a hypothetical "average" company. Each of the factors is assigned a percentage rating relative to the benchmark company, which scores 100% in all factors. A score of greater than 100% for a comparison factor indicates that the target company outperforms the benchmark with respect to that factor. A weighting of less than 100% indicates that the target company underperforms the benchmark. The extent of the deviation will depend on the perceived magnitude of the difference as a result of the analysis of the target company versus the benchmark. A weighting equal to 100% indicates that the target company is on par with its benchmark.

As an example, let's assume that an angel investor is considering investing $400,000 in Company B. No other investor is participating in the financing round. The median premoney valuation for recent seed deals for the target company's data set is $2,300,000. Exhibit 4.9 illustrates a sample application of the Scorecard Method to Company B.

After assigning its own set of weights to the various factors based on its perspective on their valuation relevance for the target company, the investor has developed the set of Target versus Benchmark percentages in Exhibit 4.9 based on a comparison of each individual factor between the Target and the Benchmark. The values in the "Factor" column are the Target

| Comparison Factor | Standard Maximum | Modified Weights 1 | Modified Weights 2 |
|---|---|---|---|
| Strength of Entrepreneur and Team | 30.0% | 35.0% | 34.0% |
| Size of the Opportunity | 25.0% | 15.0% | 15.0% |
| Product/Technology | 15.0% | 15.0% | 17.0% |
| Competitive Environment | 10.0% | 15.0% | 11.3% |
| Marketing/Sales/Partnerships | 10.0% | 10.0% | 11.3% |
| Need for Additional Investment | 5.0% | 5.0% | 5.7% |
| Other Factors | 5.0% | 5.0% | 5.7% |
| Total | 100.0% | 100.0% | 100.0% |

**EXHIBIT 4.8**  Comparison Factor: Change in Weights

[15]William Payne, *The Definitive Guide to Raising Money from Angels* (Payne, 2006) (revised 2011), p. 75.

GE VALUATION

*e exceed*
*s impor-*
*ompany*

factors must
:hat sets the
m 25%. For
m the Size of
iieved either
y attributing
bit 4.8.
ompany to a
ig relative to
i 100% for a
with respect
derperforms
iitude of the
A weighting

$400,000 in
in premoney
Exhibit 4.9

rspective on
set of Target
vidual factor
e the Target

ied Weights 2

34.0%
15.0%
17.0%
11.3%
11.3%
5.7%
5.7%
00.0%

evised 2011),

| Comparison Factor | Weight | Target vs. Benchmark | Factor | |
|---|---|---|---|---|
| Strength of Entrepreneur and Team | 30.0% | 125% | 0.375 | |
| Size of the Opportunity | 25.0% | 150% | 0.375 | |
| Product/Technology | 15.0% | 100% | 0.150 | |
| Competitive Environment | 10.0% | 75% | 0.075 | |
| Marketing/Sales/Partnerships | 10.0% | 80% | 0.080 | |
| Need for Additional Investment | 5.0% | 100% | 0.050 | |
| Other Factors (great early customer feedback) | 5.0% | 100% | 0.050 | |
| Total | 100% | | 1.155 | [1] |
| Median premoney valuation for comparable companies | | | $ 2,300,000 | [2] |
| Premoney valuation for target company | | | $ 2,656,500 | [3] = [2] × [1] |
| Investment | | | $ 400,000 | [4] |
| Postmoney valuation | | | $ 3,056,500 | [5] = [3] + [4] |
| Required ownership | | | 13% | [6] = [4]/[5] |

**EXHIBIT 4.9**   Payne Scorecard – Company B



**EXHIBIT 4.10**   Payne Scorecard – Company and Benchmark

**94**

versus Benchmark percentages multiplied by their respective Weights. For instance, the Factor of the Strength of Entrepreneur and Team is calculated as:

$$\text{Factor of Strength of Entrepreneur and Team} = 30\% \times 125\% = 0.375$$

Based on the comparison factor analysis, Company B is superior to its benchmark as illustrated in Exhibit 4.10.

The Factor total value for Company B is:

$$\text{Factor total value} = 30\% \times 125\% + 25\% \times 150\% + 15\% \times 100\% + 10\% \times 75\%$$
$$+ 10\% \times 80\% + 5\% \times 100\% + 5\% \times 100\%$$
$$= 115.5\% = 1.155$$

Based on a median premoney valuation for the company's benchmark group of $2,300,000, the premoney valuation of the target company is:

$$\text{Premoney valuation of target company} = \$2,300,000 \times 1.155 = 2,656,500$$

With the new financing round of $400,000, the target company's postmoney valuation is:

$$\text{Postmoney valuation} = \$2,656,500 + \$400,000 = \$3,056,500$$

Based on a premoney valuation of $2,656,500, the investor should target at a minimum a 13% stake in Company B in its negotiation.

The Payne Scorecard is accompanied by a valuation worksheet that guides the investor in evaluating the comparison factors of the target company relative to the benchmark.[16] For instance, for the factor "Strength of the Entrepreneur and the Team," the scorecard considers issues such as the team's experience in terms of number of years in the business, leadership roles and specific operational roles, willingness to step aside for an experienced CEO, coaching flexibility, and team completeness to assess impact on the scorecard factor rating.

The results of the Payne Scorecard method are highly dependent on the characteristics of the benchmark, and the assessment of the average premoney valuation of the reference deal. The benchmark typically reflects the characteristics of a hypothetical company that is in the same phase of the business life cycle and operates in the same industry and geographical area as the target. Sourcing and analyzing data for the benchmark may be challenging. The investor must be familiar with the benchmark's data pool characteristics in order to estimate the comparison factors. Changes in market conditions need to be considered for their impact on the benchmark and the reference deal size.

## Risk Factor Summation Method

The Risk Factor Summation (RFS) method was developed by the Ohio TechAngels as another type of scorecard method to apply in the premoney valuation of prerevenue companies at the

seed stage.[17]
company val
focuses rathe
group.

The RFS
risk factors.
that the targe
with the pee
poor risk m
fixed value i

As in the
in an increa:
benchmark
factor expre
results in a
valuation.

For ins
$400,000 in
of developin
legal/politic
C has highe
infringemer

◻ Fundin
◻ Interna

The ris
The RI
money valu
Similar
jections as
valuation (
The li:
method. Ir

**EXHIBIT 4.1**

[17]See Willi
Available a

---

[16]William Payne, "Valuations 101: The Risk Factor Summation Method," November 15, 2011. Available at: blog.gust.com.