novian & novian LLP
attorneys at law

1801 Century Park East, Suite 1201
Los Angeles, CA 90067
t / 310.553.1222 f / 310.553.0222
www.novianlaw.com

October 30, 2026

**VIA CM/ECF**

Hon. Elizabeth C. Coombe
United States District Judge
United States District Court, Northern District of New York
P.O. Box 7255
Syracuse, NY 13261-7255

Re: *Happy Hour Drinks Company, Inc. v. Can Man, LLC, et al.*
Case No. 3:24-cv-00047-ECC-ML
Response to Text Order to Show Cause re Diversity Jurisdiction (Dkt. No. 149)

Your Honor:

We represent Plaintiff Happy Hour Drinks Company, Inc. ("Happy Hour" or "Plaintiff") and write in response to the Court's October 13, 2026 Text Order (Dkt. No. 149), which directed Happy Hour, by October 30, 2026, to file a letter showing cause why this action should not be dismissed for lack of subject-matter jurisdiction and, if Happy Hour maintains that there is complete diversity, to identify the citizenship of EtOH Worldwide, LLC ("EtOH"). Plaintiff maintains that complete diversity existed when this action was filed on January 11, 2024. Public filings with the Office of the Lieutenant Governor of the U.S. Virgin Islands, together with Defendants' own sworn submissions, trace every identified link in Best Bev, LLC's ownership chain to the U.S. Virgin Islands, and Defendants have represented to another federal court that "all members" of both Can Man, LLC and Best Bev, LLC are citizens of the U.S. Virgin Islands. That record is sufficient to establish complete diversity. Should the Court nonetheless wish to confirm the two narrow points discussed in Section 4 below, Plaintiff asks that any further showing by Defendants be tied to documents in existence when this action was filed and be subject to testing by Plaintiff before the Court relies on it, as set out in Section 5 below.

## 1. Governing Principles

Diversity is present when the action is between "citizens of a State and citizens or subjects of a foreign state." 28 U.S.C. § 1332(a)(2). The party invoking diversity jurisdiction bears the burden of establishing it. *Pa. Pub. Sch. Emps.' Ret. Sys. v. Morgan Stanley & Co.*, 772 F.3d 111, 117–18 (2nd Cir. 2014). Citizenship is measured as of the date the action was filed. *Grupo Dataflux v. Atlas Glob. Grp., L.P.*, 541 U.S. 567, 570-71 (2004). A limited liability company takes the citizenship of each of its members, traced through each layer of membership. *Windward Bora LLC v. Browne*, 110 F.4th 120, 128 (2nd Cir. 2024); *Carter v. HealthPort Techs., LLC*, 822 F.3d 47, 60 (2nd Cir. 2015); *Psalms Creative, LLC v. Beacon Inv. Holdings, LLC*, No. 25-cv-2135, 2025 WL 1268862, at *2 (S.D.N.Y. Apr. 30, 2025).

A partnership, including a limited liability limited partnership, takes the citizenship of all of its partners, general and limited. *See, e.g., Handelsman v. Bedford Village Assoc Ltd. Partnership*, 213 F.3d 48, 52 (2nd Cir. 2000) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185,

195-96 (1990) (stating that, for purposes of diversity jurisdiction, limited partnerships have the citizenship of each of its general and limited partners).

In *Americold Realty Trust v. Conagra Foods, Inc.*, 577 U.S. 378, 383 (2016) the United States Supreme Court clarified that there are two different citizenship rules for trusts, depending on whether it is a "traditional," common-law trust or rather an "unincorporated business trust" that functions more like a joint-stock company. When a trust is of the traditional variety, its citizenship is determined by that of its trustee. *Raymond Loubier Irrevocable Tr. v. Loubier*, 858 F.3d 719, 731 (2nd Cir. 2017). But when a trust is a "business trust," it takes the citizenship of each of its beneficiaries, much like an unincorporated entity. *Americold*, 577 U.S. at 383.

**2. Plaintiff and Can Man, LLC**

Happy Hour is a Delaware corporation with its principal place of business in California, and is therefore a citizen of Delaware and California. Dkt. No. 1 ¶ 2; 28 U.S.C. § 1332(c)(1). As the Court has recognized, Defendant Can Man, LLC is, by virtue of the citizenship of its members, a citizen of the U.S. Virgin Islands. Dkt. No. 149 (citing Dkt. No. 16); *see also* Dkt. No. 126-6 ¶ 2 (Declaration of Ryan Uszenski in which Mr. Uszenski declares, as managing member of Can Man, LLC, that he is a resident of the United States Virgin Islands).

**3. The Citizenship of Best Bev, LLC and EtOH Worldwide, LLC**

The USVI annual reports attached as Exhibits A through E hereto were filed in mid-2023 and in June 2024, and therefore bracket the January 11, 2024 filing date. Each was signed under penalty of perjury under USVI law, most of them by Shawn P. Sheehan himself. The Court may take judicial notice of these official public records. Fed. R. Evid. 201(b). Together with Defendants' sworn submissions in this action, they establish the following chain:

| **Entity** | **Member(s) / Partner(s)** | **Source** |
|---|---|---|
| Best Bev, LLC<br>(USVI LLC) | Member: EtOH Worldwide, LLC (Ryan Uszenski is listed only as manager) | Ex. A (2023 and 2024 Annual Reports); Dkt. No. 126-11 (Articles of Organization) |
| EtOH Worldwide, LLC<br>(USVI LLC) | Sole member: XO Energy Worldwide, LLLP | Ex. B (2023 and 2024 Annual Reports, signed by Sheehan); Dkt. No. 126-9 ¶ 13 |
| XO Energy Worldwide, LLLP<br>(USVI LLLP, formed Oct. 17, 2011) | General partner: XO EW, LLC<br>Limited partner: SPS, LLC ("one of the limited partners") | Ex. C (Certificate of Fact; Principal Information Report); Dkt. No. 126-9 ¶ 13 |
| XO EW, LLC<br>(USVI LLC) | Member: Shawn Sheehan (USVI address) | Ex. D (2023 and 2024 Annual Reports) |
| SPS, LLC<br>(USVI LLC) | Member: Shawn P. Sheehan (USVI address) | Ex. E (2023 and 2024 Annual Reports) |

| **Entity** | **Member(s) / Partner(s)** | **Source** |
|---|---|---|
| Shawn P. Sheehan | Individual; resides in the U.S. Virgin Islands; trustee of the Shawn P. Sheehan Revocable Trust | Dkt. No. 126-9 ¶¶ 2–3; Exs. D–E |

In summary, EtOH's sole member is XO Energy Worldwide, LLLP ("XO Energy"), and every partner of XO Energy that has been identified—its general partner, XO EW, LLC, and its limited partner, SPS, LLC—is in turn owned by Mr. Sheehan, a resident of the U.S. Virgin Islands. On this record, EtOH and Best Bev are citizens of the U.S. Virgin Islands, and no identified member or partner at any level is a citizen of Delaware or California. That conclusion is consistent with Defendants' own representation to the Eastern District of Pennsylvania, in an insurance-coverage action concerning coverage for this action, that "all members" of both Can Man, LLC and Best Bev, LLC are citizens of the U.S. Virgin Islands. Ex. F (*Cincinnati Ins. Co. v. Can Man LLC*, No. 2:25-cv-00418-MKC (E.D. Pa.), Dkt. No. 15 thereto). Defendants made that Rule 7.1(a)(2) disclosure on April 25, 2025, more than a year after this action was filed, on a form that expressly reminded them that the citizenship of a limited liability company or partnership "is determined by the citizenship of all its members or partners." *Id.*

**4. Neither Remaining Point Suggests a Lack of Diversity**

In candor to the Court, Plaintiff notes two points that the public record does not independently confirm. Neither suggests that any member, partner, or trustee at any level is a citizen of Delaware or California, and Defendants have never identified any such person or entity.

*First*, Mr. Sheehan describes SPS, LLC as "one of the limited partners" of XO Energy. Dkt. No. 126-9 ¶ 13. USVI filings for a limited liability limited partnership identify only its general partner (Ex. C), and Defendants have never identified XO Energy's other limited partners, if any. Because each limited partner's citizenship is attributed to XO Energy, and thus to EtOH and Best Bev, *Carden*, 494 U.S. at 195-96, their citizenship as of January 11, 2024 is relevant to the analysis. But Defendants—the only parties who know the answer—have already represented that "all members" of Best Bev are citizens of the U.S. Virgin Islands, on a form instructing them that citizenship is determined by all members or partners. Ex. F. That representation necessarily speaks to every partner whose citizenship is attributed to Best Bev through XO Energy.

*Second*, Defendants' sworn submissions describe the Shawn P. Sheehan Revocable Trust (the "Trust") as the sole member of XO EW, LLC and of SPS, LLC (Dkt. No. 126-9 ¶ 13), and as a direct member of Best Bev as of January 1, 2023 (Dkt. No. 126-2, Resp. No. 1). The USVI filings instead identify Mr. Sheehan individually as the member of XO EW, LLC and SPS, LLC, and identify EtOH as Best Bev's only member. Exs. A, D, E. If Mr. Sheehan holds these interests individually, the Trust is not in the chain. If the Trust holds them, and the trust is considered more of a "traditional" trust, its citizenship is that of its trustee, *Loubier*, 858 F.3d at 731, and Mr. Sheehan attests that he is the trustee and resides in the U.S. Virgin Islands. Dkt. No.

126-9 ¶¶ 2–3. Defendants' reference to the Trust as having a "dual" situs in Delaware (Dkt. No. 126-9 ¶ 3) does not change that result: under *Loubier*, a traditional trust's situs does not determine its citizenship.[1] And Defendants themselves have characterized the Trust as a traditional trust, arguing that "the Trust is not a proper defendant; it is not an entity that can sue or be sued." Dkt. No. 126 at 14. Having taken that position to oppose Plaintiff's motion for leave to amend, Defendants should be estopped from now arguing that the Trust is a business-type trust whose citizenship turns on anyone other than its trustee.[2] Whether the interests are held by Mr. Sheehan individually or by the Trust as Defendants have described it, they resolve to the U.S. Virgin Islands.

Defendants have not filed a disclosure statement under Federal Rule of Civil Procedure 7.1(a)(2) in this action, which requires each party in a diversity case to "name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Defendants themselves argued in opposing Plaintiff's motion for leave to amend that the citizenship of "the members of those members, etc." must be identified. Dkt. No. 126 at 14–15. They are the only parties with the information to do so—and they have already done so in another federal court, representing that "all members" of both Can Man, LLC and Best Bev, LLC are citizens of the U.S. Virgin Islands. Ex. F. Defendants should be held to that representation, and this Court need not require an additional disclosure statement to find diversity on this record.

**5. Requested Relief**

Plaintiff respectfully submits that the record—the USVI filings, Defendants' sworn submissions in this action, and Defendants' Rule 7.1(a)(2) disclosure in the Eastern District of Pennsylvania—shows complete diversity as of January 11, 2024, and requests that the Court find that it has subject-matter jurisdiction and not dismiss this action.

Plaintiff is mindful that the remaining facts lie solely within Defendants' control, and that Defendants, after nearly three years of litigation, have an evident interest in a jurisdictional dismissal. Any new contention that a member, partner, or trustee was a citizen of Delaware or California when this action was filed would be contrary to the USVI annual reports signed under penalty of perjury (most by Mr. Sheehan himself), Mr. Sheehan's own declaration in this action, and Defendants' Rule 7.1(a)(2) disclosure in the Eastern District of Pennsylvania. A bare, after-the-fact declaration would also be difficult for Plaintiff to test. Accordingly, if the Court requires additional information, Plaintiff respectfully requests that the Court:

(a) order Defendants, within fourteen days, to file a Rule 7.1(a)(2) disclosure statement, supported by a declaration of Mr. Sheehan made on personal knowledge and under penalty of perjury pursuant to 28 U.S.C. § 1746, identifying

---

[1] *See Loubier*, 858 F.3d at 731 ("It is precisely because traditional trusts cannot sue or be sued except through their trustees that the named party trusts must be deemed only proxies for their trustees and, thus, it is the trustees' citizenship that must inform any diversity determination.").

[2] As further explained in *Loubier*: "Where state law applies a 'trust' label to 'a separate legal entity that itself can sue or be sued,' that trust is subject to the 'rule that it possesses the citizenship of all of its members." *Loubier*, 858 F.3d at 728-29.

as of January 11, 2024 (i) every member of Best Bev, LLC and EtOH Worldwide, LLC; (ii) every general and limited partner of XO Energy Worldwide, LLLP; (iii) every member of XO EW, LLC and SPS, LLC; (iv) every trustee of the Shawn P. Sheehan Revocable Trust; and (v) the citizenship of each, including Mr. Sheehan's United States citizenship and domicile;

(b) require that the declaration attach the documents establishing those facts as of January 11, 2024, including the operating agreements (with any amendments and membership schedules) of Best Bev, LLC, EtOH Worldwide, LLC, XO EW, LLC, and SPS, LLC; the partnership agreement and schedule of partners of XO Energy Worldwide, LLLP; any instrument transferring an interest in any of those entities on or before January 11, 2024; each entity's Schedules K-1 for tax year 2023; and the portions of the Trust instrument identifying its trustee(s), which may be filed under seal or submitted for *in camera* review;

(c) require that, for any person or entity Defendants contend was a citizen of Delaware or California on January 11, 2024, the declaration (i) state the specific facts supporting that contention—for an individual, his or her residence, driver's license, voter registration, and tax filings as of that date, and for an entity, its state of formation or incorporation, principal place of business, and members or partners—and (ii) explain how that contention is consistent with the USVI annual reports (Exs. A–E), Mr. Sheehan's prior declaration (Dkt. No. 126-9 ¶¶ 2–3, 13), and Defendants' Rule 7.1(a)(2) disclosure in the Eastern District of Pennsylvania (Ex. F);

(d) provide that only citizenship as of January 11, 2024 is relevant, so that no interest acquired, transferred, or restructured after that date may bear on jurisdiction, *see Grupo Dataflux*, 541 U.S. at 570–71; *Freeport-McMoRan, Inc. v. K N Energy, Inc.*, 498 U.S. 426, 428 (1991) (per curiam); and

(e) permit Plaintiff to file a supplemental letter within fourteen days after Defendants' submission and, if that submission identifies any member, partner, or trustee as a citizen of Delaware or California, or is otherwise inconsistent with Exhibits A through F or Dkt. No. 126-9, permit Plaintiff limited jurisdictional discovery confined to these questions—including document requests and depositions of Mr. Sheehan and a person most knowledgeable of Best Bev, LLC—to be completed within forty-five days, with supplemental letters due fourteen days thereafter, before the Court determines whether it has jurisdiction.

We thank the Court for its attention to this matter.

Respectfully submitted,

**NOVIAN & NOVIAN LLP**

By: /s/ Andrew B. Goodman
Andrew B. Goodman
1801 Century Park East, Suite 1201
Los Angeles, California 90067
Telephone: (310) 553-1222
Co-Counsel for Plaintiff

**SAVAD CHURGIN, P.C.**
Joseph A. Churgin (6854)
55 Old Turnpike Road, Suite 209
Nanuet, New York 10954
Telephone: (845) 624-3820
Attorneys for Plaintiff

**Enclosures:**

Ex. A – Best Bev, LLC, USVI Annual Reports (2023, 2024)
Ex. B – EtOH Worldwide, LLC, USVI Annual Reports (2023, 2024)
Ex. C – XO Energy Worldwide, LLLP, Certificate of Fact, Principal Information Report, and USVI Annual Reports (2023, 2024)
Ex. D – XO EW, LLC, USVI Annual Reports (2023, 2024)
Ex. E – SPS, LLC, USVI Annual Reports (2023, 2024)
Ex. F – Disclosure of Citizenship, *Cincinnati Ins. Co. v. Can Man LLC*, No. 2:25-cv-00418 (E.D. Pa.), Dkt. No. 15

cc: All counsel of record (via CM/ECF)

# EXHIBIT "A"

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: May 19, 2023 01:11 PM
BID: DC0119618

Annual Report Filing 2023

# BEST BEV, LLC (DC0119618)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2023 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2022 |
| **Tax Identification Number** | 00-0000000 |

## Business Addresses

| | |
|---|---|
| **Physical Address** | |
| **Principal Office or Place of Business** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital**<br>*Previous Value* | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00 |
| **Capital Withdrawn**<br>*Previous Value* | 0.00 |
| **Amount of Capital at Date of this Report**<br>*Previous Value* | 1,000.00 |

**Highest Capital Amount during the reporting Period** 1,000.00

## Business Details

**Managed By** Manager Managed

# Principals

## Managers/Members

**Manager/Member**
Registered Business Entity

**Entity Name** ETOH WORLDWIDE, LLC

**Business Identifier** DC0107501

**Status** Active

**Physical Address** East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States

**Mailing Address** 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States

**Position** Member

**Manager/Member**
Individual

**Name** Ryan USZENSKI

**Status** Active

**Physical Address** 8-40 Estate Nazareth, Charlotte Amalie, United States Virgin Islands, 00802, United States

**Mailing Address** 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States

**Position** Manager

# Signature(s)

| | |
|---|---|
| **Name** | Ryan USZENSKI |
| **Position** | Manager |
| **Date** | 05/19/2023 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT** | Yes |

**CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.**

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 11, 2024 10:43 PM
BID: DC0119618

Annual Report Filing 2024

# BEST BEV, LLC (DC0119618)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2024 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2023<br>*12/31/2022* |
| **Tax Identification Number** | 00-0000000 |

## Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00<br>*1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Manager Managed |

# Principals

## Managers/Members

**Manager/Member**
Registered Business Entity

| | |
|---|---|
| **Entity Name** | ETOH WORLDWIDE, LLC |
| **Business Identifier** | DC0107501 |
| **Status** | Active |
| **Physical Address** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Member |

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Ryan USZENSKI |
| **Status** | Active |
| **Physical Address** | 8-40 Estate Nazareth, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Manager |

# Signature(s)

| | |
|---|---|
| **Name** | Ryan USZENSKI |
| **Position** | Manager |
| **Date** | 06/11/2024 |

| | |
|---|---|
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

# EXHIBIT "B"

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 27, 2023 11:06 AM
BID: DC0107501

Annual Report Filing 2023

# ETOH WORLDWIDE, LLC (DC0107501)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2023 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2022<br>*12/31/2021* |
| **Tax Identification Number** | 00-0000000 |

## Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00<br>*1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Member Managed |

# Principals

## Managers/Members

**Manager/Member**
Registered Business Entity

| | |
|---|---|
| **Entity Name** | XO ENERGY WORLDWIDE, LLLP |
| **Business Identifier** | 581659 |
| **Status** | Active |
| **Physical Address** | East End Plaza, Ste. 120, 6115 Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Ste. 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Position** | Entity Representative |
| **Organization** | XO Energy Worldwide, LLLP |
| **Date** | 06/27/2023 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 11, 2024 10:49 PM
BID: DC0107501

Annual Report Filing 2024

# ETOH WORLDWIDE, LLC (DC0107501)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2024 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2023<br>*12/31/2022* |
| **Tax Identification Number** | 00-0000000 |

## Business Addresses

| | |
|---|---|
| **Physical Address**<br>**Principal Office or Place of Business** | East End Plaza, Suite 120, 6115 Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address**<br>**Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00<br>*1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Member Managed |

# Principals

## Managers/Members

**Manager/Member**
Registered Business Entity

| | |
|---|---|
| **Entity Name** | XO ENERGY WORLDWIDE, LLLP |
| **Business Identifier** | 581659 |
| **Status** | Active |
| **Physical Address** | East End Plaza, Ste. 120, 6115 Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Ste. 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Shawn SHEEHAN |
| **Position** | Entity Representative |
| **Organization** | XO Energy Worldwide, LLLP |
| **Date** | 06/11/2024 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

# EXHIBIT "C"

Business Entity No. 581659

**Government of**

**The United States Virgin Islands**

-O-

*Office of the Lieutenant Governor*

*Division of Corporations & Trademarks*

# CERTIFICATE OF FACT

To Whom These Presents Shall Come:

I, the undersigned Lieutenant Governor of the United States Virgin Islands, do hereby certify the following information for **XO ENERGY WORLDWIDE, LLLP** a **Domestic Limited Partnership, Limited Liability Limited Partnership.** This certificate does not represent an official Certificate of Good Standing.

**Entity Type:** Domestic Limited Partnership, Limited Liability Limited Partnership

**Entity Status:** In Good Standing

**Registration Date:** 10/17/2011

**Jurisdiction:** United States Virgin Islands, United States

Witness my hand and the seal of the Government of the United States Virgin Islands, on this 13th day of October, 2026.

Tregenza A. Roach
Lieutenant Governor
United States Virgin Islands

THE UNITED STATES VIRGIN ISLANDS
OFFICE OF THE LIEUTENANT GOVERNOR
DIVISION OF CORPORATIONS AND TRADEMARKS

# Principal Information Report

**Request Date:** October 13, 2026
**System Through Date:** September 22, 2026

## General Business Details

**Business Identifier:** 581659
**Entity Name:** XO ENERGY WORLDWIDE, LLLP

**Entity Type:** Domestic Limited Partnership
**Entity Sub-Type:** Limited Liability Limited Partnership
**Status:** In Good Standing
**Formation Date:** 10/17/2011

## Current Principals

**General Partner**
**Name:** XO EW, LLC
**Business Address:** 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 27, 2023 11:03 PM
BID: 581659

Annual Report Filing 2023

# XO ENERGY WORLDWIDE, LLLP (581659)

*Changed*

## Annual Report

| | |
|---|---|
| **Annual Report for Filing Year** | 2023 |
| **Tax Closing Date**<br>***Previous Value*** | 12/31/2022<br>*12/31/2021* |
| **Tax Identification Number** | 66-0773981 |

### Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | East End Plaza, Ste. 120, 6115 Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | 6501 Red Hook Plaza, Ste. 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Signature(s)

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Position** | Entity Representative |
| **Organization** | XO EW, LLC |
| **Date** | 06/27/2023 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT** | Yes |

**THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.**

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 13, 2024 01:48 PM
BID: 581659

Annual Report Filing 2024

# XO ENERGY WORLDWIDE, LLLP (581659)

*Changed*

## Annual Report

| | |
|---|---|
| **Annual Report for Filing Year** | 2024 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2023<br>*12/31/2022* |
| **Tax Identification Number** | 66-0773981 |

### Business Addresses

| | |
|---|---|
| **Physical Address** | |
| **Principal Office or Place of Business** | East End Plaza, Ste. 120, 6115 Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | |
| **Mailing Address** | 6501 Red Hook Plaza, Ste. 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Signature(s)

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Position** | Entity Representative |
| **Organization** | XO EW, LLC |
| **Date** | 06/13/2024 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT** | Yes |

| | |
|---|---|
| **THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

# EXHIBIT "D"

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 27, 2023 12:20 PM
BID: 581652

Annual Report Filing 2023

# XO EW, LLC (581652)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2023 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2022<br>*12/31/2021* |
| **Tax Identification Number** | 66-0773980 |

## Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00804, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00<br>*1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Member Managed |

# Principals

## Managers/Members

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Mr. Shawn SHEEHAN |
| **Status** | Active |
| **Physical Address** | East Plaza, Suite 120, 6115 Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Mr. Shawn SHEEHAN |
| **Position** | Member |
| **Date** | 06/27/2023 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |

| | |
|---|---|
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 13, 2024 01:39 PM
BID: 581652

Annual Report Filing 2024

# XO EW, LLC (581652)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2024 |
| **Tax Closing Date** | 12/31/2023 |
| *Previous Value* | *12/31/2022* |
| **Tax Identification Number** | 66-0773980 |

## Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | 5093 Dronningens Gade, Ste. 1, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | P.O. Box 6347, Charlotte Amalie, United States Virgin Islands, 00804, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital** | 1000.00 |
| *Previous Value* | *1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Member Managed |

# Principals

## Managers/Members

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Mr. Shawn SHEEHAN |
| **Status** | Active |
| **Physical Address** | East Plaza, Suite 120, 6115 Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | Mailing Address is the same as the Physical Address |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Mr. Shawn SHEEHAN |
| **Position** | Member |
| **Date** | 06/13/2024 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| **Telephone** | (1) 340-776-7235 |

| | |
|---|---|
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

# EXHIBIT "E"

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 27, 2023 10:10 PM
BID: 582001

Annual Report Filing 2023

# SPS, LLC (582001)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2023 |
| **Tax Closing Date** | 12/31/2022 |
| *Previous Value* | *12/31/2021* |
| **Tax Identification Number** | 66-0778840 |

## Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | 17b Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital** | 1000.00 |
| *Previous Value* | *1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Member Managed |

# Principals

## Managers/Members

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Status** | Active |
| **Physical Address** | 8-41 Estate Nazareth, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Position** | Member |
| **Date** | 06/27/2023 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| | (1) 340-776-7235 |

| | |
|---|---|
| **Telephone** | |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

**THE UNITED STATES VIRGIN ISLANDS**

USVI Lieutenant Governor
Filed: June 13, 2024 12:13 PM
BID: 582001

Annual Report Filing 2024

# SPS, LLC (582001)

*Changed*

## Annual Report

| | |
|---|---|
| **Handling Option** | Standard Processing |
| **Annual Report for Filing Year** | 2024 |
| **Tax Closing Date**<br>*Previous Value* | 12/31/2023<br>*12/31/2022* |
| **Tax Identification Number** | 66-0778840 |

## Business Addresses

**Physical Address**

| | |
|---|---|
| **Principal Office or Place of Business** | 17b Estate Smith Bay, Charlotte Amalie, United States Virgin Islands, 00802, United States |

**Mailing Address**

| | |
|---|---|
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |

## Amount of Capital Used in Conducting Business in USVI

| | |
|---|---|
| **Amount of Capital** | 1,000.00 |
| **Additional Capital** | 0.00 |
| **Total Capital**<br>*Previous Value* | 1000.00<br>*1000* |
| **Capital Withdrawn** | 0.00 |
| **Amount of Capital at Date of this Report** | 1,000.00 |
| **Highest Capital Amount during the reporting Period** | 1,000.00 |

## Business Details

| | |
|---|---|
| **Managed By** | Member Managed |

# Principals

## Managers/Members

**Manager/Member**
Individual

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Status** | Active |
| **Physical Address** | 8-41 Estate Nazareth, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Mailing Address** | 6501 Red Hook Plaza, Suite 201, Charlotte Amalie, United States Virgin Islands, 00802, United States |
| **Position** | Member |

# Signature(s)

| | |
|---|---|
| **Name** | Shawn P. SHEEHAN |
| **Position** | Member |
| **Date** | 06/13/2024 |
| **I DECLARE, UNDER PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS, THAT THIS OFFICER HAS AGREED BY RESOLUTION TO THE CHANGES MADE IN THIS APPLICATION.** | Yes |

## Daytime Contact

| | |
|---|---|
| **Name** | Marjorie Rawls Roberts Esq |
| | (1) 340-776-7235 |

| | |
|---|---|
| **Telephone** | |
| **Email** | denise@mrrvilaw.com |
| **I DECLARE, UNDER PENALTY OR PERJURY, UNDER THE LAWS OF THE UNITED STATES VIRGIN ISLANDS THAT ALL STATEMENTS CONTAINED IN THIS APPLICATION, AND ANY ACCOMPANYING DOCUMENTS, ARE TRUE AND CORRECT, WITH FULL KNOWLEDGE THAT ALL STATEMENTS MADE IN THIS APPLICATION ARE SUBJECT TO INVESTIGATION AND THAT ANY FALSE OR DISHONEST ANSWER TO ANY QUESTION MAY BE GROUNDS FOR DENIAL, SUBSEQUENT REVOCATION OF REGISTRATION, OR OTHER FINES AND PENALTIES PURSUANT TO THE FRAUDULENT CLAIMS STATUTE AS SET FORTH IN 14 V.I.C. § 843.** | Yes |

# EXHIBIT "F"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

The Cincinnati Insurance Co.

Plaintiff,

v. Civil Action No. 25-0418

Can Man LLC, et al.

Defendant.

**DISCLOSURE OF CITIZENSHIP IN DIVERSITY JURISDICTION CASES**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) where jurisdiction is based on diversity of citizenship, all parties or intervenors in the case must, unless the Court orders otherwise, name and identify the citizenship of every individual or entity whose citizenship is attributable to that party or intervenor.

Parties and intervenors are reminded that the citizenship of a limited liability company, professional corporation, limited partnership, partnership, and unincorporated association is determined by the citizenship of all its members or partners.

| (Party/Intervenor) | (Citizenship) |
| --- | --- |
| Can Man LLC d/b/a Best Bev Co | U.S. Virgin Islands (all members) |
| Best Bev, LLC | U.S. Virgin Islands (all members) |
| | |

April 25, 2025
Date

Signature of Attorney or Litigant
Counsel for Defendants

*Note: This form must be filed in CM/ECF using your pacer account. Please select the "Other Documents" category, then select the Disclosure of Citizenship event. Pro Se Litigants can file using the court's Electronic Document Submission (EDS) | Eastern District of Pennsylvania | United States District Court (uscourts.gov), by mail or in person.